IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KFD ENTERPRISES, INC, a
California corporation dba
Norman's Dry Cleaner,

    Plaintiff,

    v

CITY OF EUREKA,

    Defendants.
    /

No   C 08-4571 VRW

ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

    I, the undersigned judge of the court, finding myself disqualified in the above-captioned matter, see 28 USC § 455(b)(4), hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

    All pending dates of motions, case management conferences and trial are hereby vacated and will be reset by the newly assigned judge.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge