**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., | No. C-08-4571 MMC |
| Plaintiff, | **ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES** |
| v. | |
| CITY OF EUREKA, | |
| Defendant, | |
| _____/ | |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | |
| _____/ | |

On January 7, 2009, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS the parties to submit, no later than February 13, 2009, chambers copies of the following documents:

1. KFD Enterprises, Inc.'s Complaint, filed October 1, 2008.

2. City of Eureka's "Answer to Complaint of KFD Enterprises, Inc. and Counterclaim and Third-Party Complaint," filed November 21, 2008.

3. KFD Enterprises, Inc.'s "Reply to City of Eureka's Counterclaim and Third Party Complaint; Counterclaims against City of Eureka," filed December 18, 2008.

4. Unocal Corporation's "Answer to Third Party Complaint," filed January 2, 2009.

**IT IS SO ORDERED.**

Dated: February 3, 2009



MAXINE M. CHESNEY
United States District Judge