Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone:  (916) 388-0833
Facsimile:   (916) 691-3261

Counsel for Defendant
R.R. STREET & CO. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EUREKA, et al.,<br><br>Defendants,<br><br>AND ALL RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | No. 3:08-cv-04571-MMC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER WITH RESPECT TO DEFENDANT CITY OF EUREKA'S CLAIM FOR PUNITIVE DAMAGES AGAINST DEFENDANT R.R. STREET & CO. INC.**<br>**[Civil L.R. 7-12]** |

Pursuant to Civil L.R. 7-12, Defendant City of Eureka ("Eureka") and Defendant R.R. Street & Co. Inc. ("Street") hereby stipulate and request judicial action as follows:

WHEREAS, Paragraph 92 of Eureka's First Amended Complaint (Doc. 46, filed July 24, 2009) alleges that "[i]n causing the public nuisance alleged herein, Defendants [including Street] acted with oppression, fraud or malice, and in wanton disregard of the health and safety of those impacted by its public nuisance, including Eureka";

WHEREAS, in the absence of the stipulation herein, Street would move to strike Paragraph 92 pursuant to Federal Rule of Civil Procedure 12(f)(2), thereby delaying Street's answer to Eureka's complaint; and

WHEREAS, avoiding such a motion and having Street answer Eureka's complaint would promote the just, efficient, speedy, and economical determination of this action;

THEREFORE, Eureka and Street stipulate that

(1) Paragraph 92 of Eureka's First Amended Complaint is stricken as to Street;

(2) such striking shall be without prejudice to Eureka's right, following investigation and discovery, to seek leave of this Court, pursuant to Federal Rule of Civil Procedure 15(a)(2), to amend its operative complaint to assert a claim for punitive damages against Street; and

(3) so long as such motion is filed and heard consistent with the deadlines imposed by this Court for the filing and hearing of pretrial motions, Street shall not oppose Eureka's motion on the basis of untimeliness or waiver or similar doctrine.

Dated: September 3, 2009.

Respectfully submitted,

/s/ Eric Grant
Eric Grant
Hicks Thomas LLP

Counsel for Defendant
R.R. STREET & CO. INC.

(The filer hereby attests that concurrence in the filing of this document has been obtained from the signatory below.)

DAVIDOVITZ & BENNETT LLP

/s/ Charles Bolcom
MORIS DAVIDOVITZ
CHARLES BOLCOM

Attorneys for Defendant, Counter-Complainant, and Third-Party Plaintiff CITY OF EUREKA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September  8 , 2009

MAXINE M. CHESNEY
United States District Judge

Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833