**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christian Blasbichler, SBN 243799
christian@grebenlaw.com
Attorneys for Plaintiff and Cross-Defendant KFD Enterprises, Inc., a California corporation dba
Norman's Dry Cleaner, and Third-Party Defendant Kenneth Daer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF EUREKA,<br><br>    Defendant.<br>_____<br>And related counter and cross claims. | Case No. C 08-04571 MMC<br><br>**[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>~~DATE:   October 2, 2009~~<br>~~TIME:    9:00 a.m.~~<br>DEPT:   Honorable Maxine M. Chesney |

On October 2, 2009, plaintiff KFD Enterprises, Inc. ("KFD") moved this Court for leave

to file a second amended complaint pursuant to Fed. R. Civ. P. 15(a)(2). No opposition was filed.

After reviewing the briefs ~~and hearing the arguments of counsel~~, and good cause

appearing thereon,

**IT IS HEREBY ORDERED:**

1. KFD's motion for leave to file a second amended complaint is granted;

2. ~~The proposed Second Amended Complaint, attached as Exhibit A to the motion, is~~

~~accepted by this Court and deemed filed as of the date of this hearing.~~  No later than October 9,

2009, KFD shall file its second amended complaint.

1

1   Date: ___September 30___, 2009

2

3

4                                    HON. MAXINE M. CHESNEY

5                              UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT