IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF EUREKA, et al., <br><br> Defendants <br><br> AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | No. C-06-0497 MMC <br><br> **ORDER VACATING OCTOBER 2, 2009 HEARING ON MOTION TO DISMISS PORTIONS OF FIRST AMENDED COUNTERCLAIM AND THIRD-PARTY COMPLAINT OF CITY OF EUREKA AND MOTION TO STRIKE PORTIONS OF FIRST AMENDED COUNTERCLAIM AND THIRD-PARTY COMPLAINT OF CITY OF EUREKA** |

Before the Court are two motions: (1) counterclaimant KFP Enterprises, Inc. ("KFP") and third-party defendant Kenneth Daer's ("Daer") Motion to Dismiss Portions of the First Amended Counterclaim and Third-Party Complaint of City of Eureka, filed August 10, 2009; and (2) KFP and Daer's Motion to Strike Portions of the First Amended Counterclaim and Third-Party Complaint of City of Eureka, filed August 10, 2009. The motions have been fully briefed. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision on the parties' respective submissions, and VACATES the hearing scheduled for October 2, 2009.

**IT IS SO ORDERED.**

Dated: September 30, 2009

MAXINE M. CHESNEY
United States District Judge