IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., | No. C-08-4571 MMC |
| Plaintiff, | **ORDER GRANTING KFD ENTERPRISES, INC. AND KENNETH DAER'S MOTION TO STRIKE** |
| v. | |
| CITY OF EUREKA, | |
| Defendant. | |
| And related counter and cross claims. | |

Before the Court is plaintiff and cross-defendant KFD Enterprises, Inc. and third-party defendant Kenneth Daer's (collectively, "the moving parties") "Motion to Strike Portions of the First Amended Counterclaim and Third-Party Complaint of City of Eureka," filed August 10, 2009.  Counter-claimant and third-party plaintiff City of Eureka ("the City") has filed a "Conditional Non-Opposition," to which the moving parties have replied.[1]  Having read and considered the papers filed in support of and in opposition to the motion, the Court rules as follows.

---

[1] By order dated September 30, 2009, the previously scheduled hearing on the motion was vacated.

1       Paragraph 92 of the complaint at issue, by which the City alleges the moving parties

2 acted with "oppression, fraud or malice, and in wanton disregard of the health and safety"

3 of others, is, for the reason stated by the moving parties, subject to being stricken. See

4 Fed. R. Civ. P. 12(f) ("The court may strike from a pleading an insufficient defense or any

5 redundant, immaterial, impertinent, or scandalous matter.")

6       Accordingly, the Motion is hereby GRANTED, and Paragraph 92 is stricken from the

7 City's First-Amended Complaint.[2]

8       **IT IS SO ORDERED.**

10 Dated: October 19, 2009                                    _____
11                                                           MAXINE M. CHESNEY
                                                          United States District Judge

---

[2] The City states subsequent discovery may uncover facts to support a claim for "exemplary damages" and that it may seek to "state a claim" therefor. (See Cond. Opp'n Br. 2:6-10.)  The instant order does not foreclose the City from making any appropriate motion at a later date.