1  DONGELL LAWRENCE FINNEY LLP
   RICHARD A. DONGELL (SBN 128083)
2  (rdongell@dlflawyers.com)
   THOMAS F. VANDENBURG (SBN 163446)
3  (tvandenburg@dlflawyers.com)
   IAN P. CULVER (SBN 245106)
4  (iculver@dlflawyers.com)
   707 Wilshire Boulevard, 45th Floor
5  Los Angeles, CA  90017-3609
   Telephone:  (213) 943-6100
6  Facsimile:   (213) 943-6101

7  Attorneys for Defendants and Third-Party Defendants
   MULTIMATIC LLC, a New Jersey limited liability company and THE
8  KIRRBERG CORPORATION, formerly known as Multimatic Corporation
   (individually and as successor by merger to MULTIMATIC DRY CLEANING
9  MACHINE CORPORATION), a New Jersey corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaners,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EUREKA, et al.,<br><br>Defendants.<br><br>And Related Counter and Cross Claims. | Case No.:  3:08-cv-04571-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>ACTION FILED: October 1, 2008<br>TRIAL DATE:    None Set |
|---|---|

Defendants Multimatic LLC and The Kirrberg Corporation, formerly known as Multimatic Corporation (individually and as successor by merger to Multimatic Dry Cleaning Machine Corporation) (collectively "Defendants") together with Plaintiff KFD Enterprises, Inc. ("Plaintiff") hereby stipulate that, as Plaintiff's Second Amended Complaint does not vary substantively from Plaintiff's

1

**STIPULATION AND [PROPOSED] ORDER REGARDING
PLAINTIFF'S SECOND AMENDED COMPLAINT**


First Amended Complaint with respect to Defendants, Defendants' Answer to Plaintiff's First Amended Complaint shall be deemed responsive to Plaintiff's Second Amended Complaint.

**IT IS SO STIPULATED.**

DATED:  November 10, 2009      DONGELL LAWRENCE FINNEY LLP

By: /s/ *Ian P. Cuvler*
        Thomas F. Vandenburg
        Ian P. Culver
Attorneys for Defendants and Third-Party Defendants MULTIMATIC LLC, a New Jersey limited liability company and THE KIRRBERG CORPORATION, formerly known as Multimatic Corporation (individually and as successor by merger to Multimatic Dry Cleaning Machine Corporation), a New Jersey corporation

DATED:  November 10, 2009      GREBEN & ASSOCIATES

By: /s/ *Christian B. Blasbichler*
        Christian B. Blasbichler
Attorneys for Plaintiff

**IT IS SO ORDERED.**

DATED:  November 13, 2009      _____
                                United States District Court Judge