| | |
|---|---|
| 1 | Eric Grant (Bar No. 151064) |
| | grant@hicks-thomas.com |
| 2 | Hicks Thomas LLP |
| | 8001 Folsom Boulevard, Suite 100 |
| 3 | Sacramento, California 95826 |
| | Telephone:  (916) 388-0833 |
| 4 | Facsimile:   (916) 691-3261 |
| 5 | Counsel for Defendant |
| | R.R. STREET & CO. INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner, | ) ) ) | No. 3:08-cv-04571-MMC |
| Plaintiff, | ) ) | **STIPULATION AND ~~PROPOSED~~ ORDER WITH RESPECT TO DEFENDANT CITY** |
| v. | ) ) | **OF EUREKA'S SECOND AMENDED COMPLAINT AGAINST DEFENDANT** |
| CITY OF EUREKA, et al., | ) ) | **R.R. STREET & CO. INC.** |
| Defendants, | ) ) | **[Civil L.R. 7-12]** |
| AND ALL RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | ) ) ) ) | |

Pursuant to Civil L.R. 7-12, Defendant City of Eureka ("Eureka") and Defendant R.R. Street & Co. Inc. ("Street") hereby stipulate and request judicial action as follows:

WHEREAS, Eureka's Second Amended Complaint (Doc. 140, filed Nov. 9, 2009) is, vis-à-vis Street, substantively identical to Eureka's First Amended Complaint (Doc. 46, filed July 24, 2009); and

WHEREAS, Eureka and Street have previously stipulated—and this Court has previously so ordered pursuant to stipulation (Doc. 101, filed Sept. 8, 2009)—that Paragraph 92 of Eureka's First Amended Complaint (claiming punitive damages) is stricken as to Street on certain terms and conditions;

1  THEREFORE, Eureka and Street stipulate that

2  (1)   Street's answer to Eureka's First Amended Complaint (Doc. 99, filed Sept. 4, 2009)

3  shall be deemed responsive to Eureka's Second Amended Complaint; and

4  (2)   Paragraph 102 of Eureka's Second Amended Complaint is stricken as to Street on

5  the same terms and conditions as was previously stricken Paragraph 92 of Eureka's First Amended

6  Complaint.

7  Dated: November 23, 2009.

Respectfully submitted,

/s/ Eric Grant
Eric Grant
Hicks Thomas LLP

Counsel for Defendant
R.R. STREET & CO. INC.

(The filer hereby attests that concurrence in
the filing of this document has been obtained
from the signatory below.)

DAVIDOVITZ & BENNETT LLP

/s/ Charles Bolcom
MORIS DAVIDOVITZ
CHARLES BOLCOM

Attorneys for Defendant, Counter-Complainant,
and Third-Party Plaintiff CITY OF EUREKA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November __25__, 2009

MAXINE M. CHESNEY
United States District Judge

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

{00133445.DOC}   2   No. 3:08-cv-04571-MMC

Stipulation re Defendant City of Eureka's Second Amended Complaint Against Defendant R.R. Street & Co. Inc.