**GREBEN & ASSOCIATES**
1332 Anacapa Street, Ste. 110
Santa Barbara, CA 93101
Tel: 805-963-9090
Fax: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christian Blasbichler, SBN 243799
christian@grebenlaw.com

Attorneys for Plaintiff and Cross-Defendant KFD Enterprises, Inc., a California corporation dba Norman's Dry Cleaner, and Third-Party Defendant Kenneth Daer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner;<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF EUREKA, et al.,<br><br>  Defendants.<br><br>And related cross, counter, and third party claims. | Case No.: CV 08-04571 MMC<br><br>**STIPULATION AND ORDER TO CONTINUE ECO DRY OF AMERICA, INC.'S MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Date: January 15, 2010<br>Time: 9:00 a.m.<br>Dept: Hon. Maxine M. Chesney<br>   Courtroom 7, 19th Floor |

_____

Plaintiff KFD Enterprises, Inc. and defendant Eco Dry of America, Inc. ("Eco Dry") stipulate as follows:

1. Eco Dry's motion for a more definite statement, currently set for hearing on January 15, 2010, shall be continued to February 12, 2010. The reason for this continuance is that new counsel has substituted in for Eco Dry, and thus additional time is necessary to allow the parties to address discovery matters related to the motion.

2. The opposition and reply deadlines shall be based on the new hearing date, pursuant to code.

3. The hearing on this matter was previously continued by stipulation from December 18, 2009 to January 15, 2010.

///

- 1 –
STIPULATION AND ORDER TO CONTINUE ECO DRY OF AMERICA, INC.'S MOTION FOR A MORE DEFINITE STATEMENT – CV 08-04571 MMC

SO STIPULATED:

Date:   December 18, 2009                GREBEN & ASSOCIATES

/s/ Christian Blasbichler
Jan A. Greben
Christian Blasbichler
Attorneys for Plaintiff and Cross-Defendant KFD
Enterprises, Inc., a California corporation dba
Norman's Dry Cleaner, and Third-Party Defendant
Kenneth Daer

Date: December 18, 2009                  LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Glenn Friedman
Glenn Friedman
Attorneys for Eco Dry of America, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: December __21__, 2009              _____
                                         Hon. Maxine M. Chesney
                                         United States District Judge

- 2 –

STIPULATION AND ORDER TO CONTINUE ECO DRY OF AMERICA, INC.'S MOTION FOR A MORE DEFINITE STATEMENT – CV 08-04571 MMC