United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KFD ENTERPRISES, INC.,

    Plaintiff,

  v.

CITY OF EUREKA, et al.,

    Defendants

AND ALL RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS
    /

No. C-08-4571 MMC

**ORDER GRANTING DEFENDANT FIRBIMATIC SpA'S MOTION TO DISMISS; VACATING JANUARY 15, 2010 HEARING**

    Before the Court is defendant Firbimatic SpA's motion, filed November 13, 2009, to dismiss plaintiff KFD Enterprises, Inc.'s ("KFD") Second Amended Complaint, for lack of proper service. On December 23, 2009, KFD filed a statement of non-opposition.

    The Court having read and considered the motion, and good cause appearing, the motion is hereby GRANTED and the Second Amended Complaint, to the extent it is alleged as against Firbimatic SpA, is hereby DISMISSED without prejudice.[1]

    **IT IS SO ORDERED.**

Dated: December 23, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] The January 15, 2010 hearing on the instant motion is hereby VACATED.