**GREBEN & ASSOCIATES**
1332 Anacapa Street, Ste. 110
Santa Barbara, CA 93101
Tel: 805-963-9090
Fax: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christian Blasbichler, SBN 243799
christian@grebenlaw.com

Attorneys for Plaintiff and Cross-Defendant KFD Enterprises, Inc., a California corporation dba Norman's Dry Cleaner, and Third-Party Defendant Kenneth Daer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner;<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF EUREKA, et al.,<br><br>    Defendants.<br><br>And related cross, counter, and third party claims. | Case No.: CV 08-04571 MMC<br><br>ORDER APPROVING<br><br>**STIPULATION ~~AND ORDER~~ TO CONTINUE ECO DRY OF AMERICA, INC.'S MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Date:  ~~February 12, 2010~~<br>Time: 9:00 a.m.<br>Dept: Hon. Maxine M. Chesney<br>         Courtroom 7, 19th Floor |

Plaintiff KFD Enterprises, Inc. ("KFD") and defendant Eco Dry of America, Inc. ("Eco Dry") stipulate as follows:

1. Eco Dry's motion for a more definite statement, currently set for hearing on February 12, 2010, shall be continued to **March 12, 2010**. The reason for this continuance is that counsel for KFD intends to take the deposition of Eco Dry's person most knowledgeable prior to opposing the motion.

2. The opposition and reply deadlines shall be based on the new hearing date, pursuant to code.

3. The hearing on this matter was previously continued by stipulation from December 18, 2009 to January 15, 2010, and again by stipulation to February 12, 2010.

/ / /

SO STIPULATED:

Date:  January 13, 2010                    GREBEN & ASSOCIATES

/s/ Christian Blasbichler
Jan A. Greben
Christian Blasbichler
Attorneys for Plaintiff and Cross-Defendant KFD Enterprises, Inc., a California corporation dba Norman's Dry Cleaner, and Third-Party Defendant Kenneth Daer

Date:  January 13, 2010                    LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Glenn Friedman
Glenn Friedman
Robert Farrell
Attorneys for Eco Dry of America, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: January __14__, 2010

Hon. Maxine M. Chesney
United States District Judge

- 2 –

STIPULATION AND ORDER TO CONTINUE ECO DRY OF AMERICA, INC.'S MOTION FOR A MORE DEFINITE STATEMENT – CV 08-04571 MMC