**GREBEN & ASSOCIATES**
1332 Anacapa Street, Ste. 110
Santa Barbara, CA 93101
Tel: 805-963-9090
Fax: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christian Blasbichler, SBN 243799
christian@grebenlaw.com

Attorneys for Plaintiff and Cross-Defendant KFD Enterprises, Inc., a California corporation dba Norman's Dry Cleaner, and Third-Party Defendant Kenneth Daer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner;<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF EUREKA, et al.,<br><br>    Defendants.<br><br>And related cross, counter, and third party claims. | Case No.: CV 08-04571 MMC<br><br>ORDER APPROVING<br><br>**STIPULATION ~~AND ORDER~~ TO CONTINUE KFD ENTERPRISES, INC.'S DEADLINE TO OPPOSE ECO DRY OF AMERICA, INC.'S MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Date: March 12, 2010<br>Time: 9:00 a.m.<br>Dept: Hon. Maxine M. Chesney<br>       Courtroom 7, 19th Floor |

Plaintiff KFD Enterprises, Inc. ("KFD") and defendant Eco Dry of America, Inc. ("Eco Dry") stipulate that KFD's deadline to file an opposition to Eco Dry's motion for a more definite statement shall be continued from February 19, 2010 to **February 23, 2010**.

SO STIPULATED:

Date:   February 19, 2010          GREBEN & ASSOCIATES

/s/ Christian Blasbichler
Jan A. Greben
Christian Blasbichler
Attorneys for Plaintiff and Cross-Defendant KFD Enterprises, Inc., a California corporation dba Norman's Dry Cleaner, and Third-Party Defendant Kenneth Daer

/ / /

1  Date:   February 19, 2010                    LEWIS BRISBOIS BISGAARD & SMITH LLP

2                                                /s/ Robert Farrell
                                                 Glenn Friedman
3                                                Robert Farrell
                                                 Attorneys for Eco Dry of America, Inc.
4

5

6       **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

7
   Date: February __22__, 2010
8
                                                 Hon. Maxine M. Chesney
9                                                United States District Judge