GLENN A. FRIEDMAN, SB# 104442
ROBERT W. FARRELL, SB# 107461
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882
E-mail:  friedman@lbbslaw.com
             farrell@lbbslaw.com

Attorneys for Defendant
ECO DRY OF AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner,<br><br>    Plaintiff,<br><br>   v.<br><br>CITY OF EUREKA, et al.,<br><br>    Defendants.<br><br>AND ALL RELATED CROSS-CLAIMS AND THIRD PARTY CLAIMS. | CASE NO. 3:08-cv-04571-MMC<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT ECO DRY OF AMERICA, INC.'S MOTION FOR A MORE DEFINITE STATEMENT OF PLAINTIFF KFD ENTERPRISES, INC.'S SECOND AMENDED COMPLAINT; AND ORDER THEREON**<br><br>Hearing Date:   March 12, 2010<br>Hearing Time:   9:00 a.m.<br>Courtroom:       7<br>Judge:              Hon. Maxine M. Chesney |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Eco Dry of America, Inc. ("Eco Dry") hereby withdraws its Motion For a More Definite Statement of Plaintiff KFD Enterprises, Inc.'s Second Amended Complaint currently scheduled for hearing on March 12, 2010 at 9:00 a.m. in the above captioned action.

///

///

///

1 | DATED: February 24, 2010    LEWIS BRISBOIS BISGAARD & SMITH LLP

3 | By /s/ Robert W. Farrell
GLENN A. FRIEDMAN, ESQ.
4 | ROBERT W. FARRELL, ESQ.
Attorneys for Defendant
5 | ECO DRY OF AMERICA, INC.

6 | IT IS SO ORDERED.

8 | DATED: February 25, 2010    By *[signature: Maxine M. Chesney]*
JUDGE OF THE UNITED STATES
9 | DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA