1 | MORIS DAVIDOVITZ, ESQ. (State Bar #70581)
CHARLES BOLCOM, ESQ. (State Bar #193762)
2 | DAVIDOVITZ & BENNETT LLP
One Embarcadero Center, Suite 750
3 | San Francisco, California 94111
Telephone: (415) 956-4800
4 | Facsimile:  (415) 788-5948

5 | Attorneys for Defendant and Third Party Plaintiff
CITY OF EUREKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner, | CASE NO. CV-08-4571 MMC |
| Plaintiff, | STIPULATION ~~AND ORDER~~ TO SHORTEN TIME FOR HEARING ON EXTENDING DEADLINE FOR NAMING KENNETH DAER AS AN INDIVIDUAL DEFENDANT; ORDER ~~[Civil L.R. 7-12]~~ DENYING STIPULATION |
| v. | |
| CITY OF EUREKA, | |
| Defendant. | DATE: March 12, 2010<br>TIME: 9:00 a.m.<br>DEPT: Honorable Maxine M. Chesney<br>Courtroom 7, 19th Floor |
| CITY OF EUREKA, | |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner, et al. | |

Pursuant to Civil L.R. 7-12, defendant and third-party plaintiff City of Eureka and plaintiff KFD Enteprises, Inc. stipulate and request judicial action as follows:

1. The City's motion to extend the deadline of March 12, 2010 to name Kenneth Daer as an individual, third-party defendant will now be heard on shortened notice; the existing



_____

1

hearing date of April 2, 2010 will be changed to March 12, 2010 at 9 a.m.

  2. KFD will file its opposition by March 9, 2010 at 5 p.m.

  3. The City waives its right to a written reply but reserves its right to raise reply arguments during the oral hearing on March 12, 2010.

Date: February 23, 2010   DAVIDOVITZ & BENNETT LLP

               _____/s/_____
               MORIS DAVIDOVITZ
               CHARLES H. BOLCOM
               Attorneys for Defendant and
               Third-Party Plaintiff CITY OF EUREKA

               (The filer attests that counsel for KFD Enterprises Inc., Jan Greben, has been advised of these terms and agrees to them)

Date: February 23, 2010   GREBEN & ASSOCIATES

               _____/s/_____
               JAN GREBEN
               Attorney for Plaintiff KFD Enterprises, Inc.

~~PURSUANT TO STIPULATION, IT IS SO ORDERED:~~

The stipulation is hereby DENIED, and the deadline for naming Kenneth Daer as an individual defendant is hereby EXTENDED to April 5, 2010.

Date: February __26__, 2010   _____
               Hon. Maxine M. Chesney
               United States District Judge