IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., | No. C-08-4571 MMC |
| Plaintiff, | **ORDER ADVANCING HEARING; GRANTING IN PART AND DENYING IN PART CITY OF EUREKA'S MOTION TO EXTEND DEADLINE FOR NAMING KENNETH DAER AS INDIVIDUAL DEFENDANT** |
| v. | |
| CITY OF EUREKA, | |
| Defendant. | |

AND RELATED COUNTER AND CROSS CLAIMS

    Before the Court is Defendant and Third Party Plaintiff City of Eureka's ["City"] Motion for Leave to Extend Deadline for Naming Kenneth Daer as an Individual Defendant, filed February 23, 2010 and noticed for hearing on April 2, 2010, by which motion the City seeks an extension from March 12, 2010 to July or August 2010, in order to depose said defendant and amend, if appropriate, to add him in his individual capacity to the City's third-party complaint. As of March 26, 2010, no opposition had been filed.[1]

---

[1] In a Joint Case Management Statement filed March 19, 2010, counsel for Daer explained that he had understood the City's motion to have been resolved by the Court's February 26, 2010 order declining to shorten time for the hearing thereon and granting a brief interim extension to April 5, 2010.

1  On March 26, 2010, the above-titled action came before the Court for a regularly
2  scheduled Case Management Conference, at which counsel for all parties to the action,
3  including counsel for both the City and Daer, appeared.
4  Having discussed the above-referenced motion with counsel appearing at the Case
5  Management Conference, the Court ADVANCED the hearing on said motion to March 26,
6  2010, and ruled as follows:
7  To the extent the motion seeks an extension, the motion is hereby GRANTED, and
8  the deadline to name Daer as an individual defendant is hereby EXTENDED to April 30,
9  2010; to the extent the motion seeks an extension of greater length, the motion is hereby
10 DENIED without prejudice.
11 **IT IS SO ORDERED.**
12 Dated: March 26, 2010

*[signature]*
MAXINE M. CHESNEY
United States District Judge