1  MORIS DAVIDOVITZ, ESQ. (State Bar #70581)
   Mdavidovitz@dblawsf.com
2  CHARLES H. BOLCOM, ESQ. (State Bar #193762)
   Cbolcom@dblawsf.com
3  STACEY ALTON, ESQ. (State Bar #221515)
   Salton@dblawsf.com
4  DAVIDOVITZ & BENNETT LLP
   One Embarcadero Center, Suite 750
5  San Francisco, California 94111
   Telephone:  (415) 956-4800
6  Facsimile:   (415) 788-5948

7  Attorneys for Defendant, Counter Claimant and
   Third Party Plaintiff CITY OF EUREKA

8

9                 IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  KFD ENTERPRISES, INC., a California        )    CASE NO. CV-08-4571 MMC
    Corporation dba Norman's Dry Cleaner,      )
13                                             )    STIPULATION AND PROPOSED
           Plaintiff,                          )    ORDER FOR KFD'S PRODUCTION OF
14                                             )    DOCUMENTS, DEPOSITION OF
           v.                                  )    KENNETH DAER AND FILING
15                                             )    AMENDED THIRD-PARTY
    CITY OF EUREKA,                            )    COMPLAINT NAMING KENNETH
16                                             )    DAER BY DEFENDANT CITY OF
           Defendant.                          )    EUREKA
17  _____        )
                                               )
18  And related counter and cross claims.      )
    _____        )
19

20         Defendant, Third-Party Plaintiff City of Eureka and Plaintiff KFD Enterprises Inc.

21  ("KFD") stipulate as follows:

22         Whereas the Court has set a deadline of April 30, 2010 for the City of Eureka to name

23  additional parties in its Third-Party Complaint;

24         Whereas Kenneth Daer is already a party to the litigation and is named by the City's

25  third-party complaint under the City's CERCLA cause of action and the City seeks evidence to

26  name him as a defendant under other causes of action;

27         Whereas, naming Mr. Daer for these additional causes of action after April 30, 2010

28  will not cause any delay in the litigation;



                                        1

1      Whereas the City of Eureka propounded requests for production of documents to KFD

2 on February 12, 2010, and KFD served objections to the requests on March 17, 2010 and did not

3 produce any documents;

4      Whereas the parties are continuing to meet and confer on the City of Eureka's requests

5 but have not resolved their dispute on the requests;

6      Whereas the City of Eureka had requested that Mr. Daer to appear for deposition the

7 week of April 19, 2010, but KFD's counsel states that he is unavailable for the entire month of

8 April 2010 because he is participating in depositions in another case;

9      Whereas the City of Eureka requires the production of KFD's documents and the

10 deposition of Mr. Daer for the purpose of obtaining facts to support allegations naming Mr.

11 Daer under the City of Eureka's fourth through eleventh causes of action in the City of Eureka's

12 Third-Party Complaint;

13      Whereas the parties have continued to meet in good faith to resolve the City of Eureka's

14 requests, determining the scope of Mr. Daer's deposition and setting a specific date for Mr.

15 Daer's deposition;

16      Whereas the parties do not want to burden the Court with a motion to compel KFD to

17 produce documents and to produce Mr. Daer for deposition and a motion to extend the deadline

18 for the City of Eureka to name Mr. Daer;

19      Whereas the City of Eureka and KFD need additional time to seek to resolve these

20 disputes without the Court's intervention;

21      Therefore, the City of Eureka and KFD stipulate to each of the following:

22      (1) The City of Eureka shall have until August 31, 2010 to name Kenneth Daer in his

23 individual capacity for certain causes of action in the City of Eureka's Third-Party Complaint or

24 subsequently amended Third-Party Complaint;

25      (2) Mr. Daer will be produced for deposition to the City during a time period 7 days

26 after KFD's final production of documents to the City of Eureka's second set of document

27 requests and 7 days before the August 31, 2010 deadline to bring additional claims naming Mr.

28 Daer before the August 31, 2010 deadline to name Mr. Daer;

(3) If the City of Eureka and KFD cannot agree on a date for Mr. Daer's deposition to be taken during the aforementioned time period, the City of Eureka may file a motion to set a specific date for deposition and to extend the August 31, 2010 deadline if necessary to complete the deposition, without the need of any further meet and confer in light of the parties previous meet and confer efforts;

(4) The City of Eureka will have in its possession KFD's written responses and KFD's responsive documents to the City of Eureka's second set of production of documents no later than May 21, 2010; KFD shall produce all documents and responses in accordance with the Federal Rules of Civil Procedure and related case law;

(5) If the City of Eureka believes that KFD's responses to the City of Eureka's requests are incomplete or KFD's production of documents is incomplete, the City of Eureka may file a motion to compel without the need for further meet and confer since the City of Eureka and KFD have already met and conferred extensively on these requests.

DATED: April 14, 2010                    DAVIDOVITZ & BENNETT LLP


                                         By:
                                            _____/s/_____
                                         MORIS DAVIDOVITZ
                                         CHARLES BOLCOM
                                         Attorneys for DEFENDANT AND
                                         THIRD-PARTY PLAINTIFF CITY OF
                                         EUREKA

                                         (The filer hereby attests that concurrence in the filing of this
                                         document has been obtained from the signatory below.)


DATED: April 14, 2010                    GREBEN & ASSOCIATES


                                         By:
                                            _____/s/_____
                                         JAN GREBEN
                                         Attorneys for PLAINTIFF KFD
                                         ENTERPRISES INC.

1
2
PURSUANT TO STIPULATION, IT IS SO ORDERED.

3
DATED: April 19, 2010
4
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4