1  GLENN A. FRIEDMAN, SBN 104442
   ROBERT FARRELL, SBN 107461
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
3  San Francisco, CA   94104
   Tel:     415.362.2580
4  Fax:    415.434.0882
   Eml:    friedman@lbbslaw.com
5          farrell@lbbslaw.com

6  Attorneys for Defendant, Cross-Defendant and Counter-Defendant
   ECO DRY OF AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba NORMAN'S DRY CLEANER,<br><br>                    Plaintiff,<br><br>    v.<br><br>CITY OF EUREKA, *et al.*,<br><br>                    Defendants.<br><br>AND ALL RELATED CROSS-CLAIMS AND THIRD PARTY CLAIMS. | CASE NO. 3:08-cv-04571-MMC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR ECO DRY OF AMERICA, INC. TO RESPOND TO CITY OF EUREKA'S THIRD AMENDED COUNTER-CLAIM AND CROSS-CLAIM**<br><br>Action Filed:  10/01/08 |

   IT IS HEREBY STIPULATED and agreed by and between counsel for Defendant, Cross-Claimant and Counter Claimant CITY OF EUREKA ("Eureka") and Defendant, Cross-Defendant and Counter-Defendant ECO DRY OF AMERICA, INC. ("Eco Dry") that Eco Dry shall have an extension of time to and including June 4, 2010 to respond to Eureka's Third Amended Counter-Claim and Cross-Claim in this action.

/ / / /

/ / / /

/ / / /

1  IT IS SO STIPULATED

2

3  Dated: May 21, 2010                           LEWIS BRISBOIS BISGAARD & SMITH LLP

4

5                                                By    /s/ ROBERT W. FARRELL
                                                       ROBERT W. FARRELL
6                                                      Attorneys for Defendant, Cross-Defendant
                                                       and Counter-Defendant
7                                                      ECO DRY OF AMERICA, INC.

8

9  Dated: May 21, 2010                           DAVIDOVITZ & BENNETT LLP

10

11                                               By    /s/ CHARLES H. BLOOM
                                                       CHARLES H. BOLCOM
12                                                     Attorneys for Defendant, Cross-Claimant
                                                       and Counter-Claimant
13                                                     THE CITY OF EUREKA

14

15  PURSUANT TO THE STIPULATION, IT IS SO ORDERED

16  Dated: May 25, 2010

17

18                                               By    [signature]
                                                       MAXINE M. CHESNEY
19                                                     United States District Court Judge

20

21

22

23

24

25

26

27

28

4829-4581-4790.1                                 2
STIP TO EXTEND THE TIME FOR ECO DRY F AMER. TO RESPOND TO CFE'S 3RD AMD CMPT & CRS-CLAIM