Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833
Facsimile: (916) 691-3261

Paula Whitten (Bar No. 255811)
pwhitten@hicks-thomas.com
Hicks Thomas LLP
700 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 547-9100
Facsimile: (713) 547-9150

Counsel for Defendant
R.R. STREET & CO. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF EUREKA, et al.,<br><br>    Defendants,<br><br>AND ALL RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | No. 3:08-cv-04571-MMC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR DEFENDANT R.R. STREET & CO. INC. TO RESPOND TO CITY OF EUREKA'S THIRD AMENDED COUNTER-CLAIM AND CROSS-CLAIM**<br>**[Civil L.R. 7-12]** |

    Pursuant to Civil L.R. 7-12, Defendant, Cross-Claimant, and Counter-Claimant City of Eureka ("Eureka") and Defendant R.R. Street & Co. Inc. ("Street") hereby stipulate and request judicial action as follows:

    Street shall have an extension of time to and including June 4, 2010 to respond to Eureka's Third Amended Complaint (Doc. 228, filed Apr. 30, 2010).

///

Dated: May 21, 2010.

Respectfully submitted,

/s/ Eric Grant
Eric Grant
Paula Whitten
Hicks Thomas LLP

Counsel for Defendant
R.R. STREET & CO. INC.

(The filer hereby attests that concurrence in the filing of this document has been obtained from the signatory below.)

DAVIDOVITZ & BENNETT LLP

/s/ Charles Bolcom
MORIS DAVIDOVITZ
CHARLES BOLCOM
STACEY ALTON

Attorneys for Defendant, Cross-Claimant, and Counter-Claimant CITY OF EUREKA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May __25__, 2010.

_____
MAXINE M. CHESNEY
United States District Judge