Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833
Facsimile: (916) 691-3261

Paula Whitten (Bar No. 255811)
pwhitten@hicks-thomas.com
Hicks Thomas LLP
700 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 547-9100
Facsimile: (713) 547-9150

Counsel for Defendant
FIRBIMATIC SpA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>CITY OF EUREKA, et al., <br><br>　　　　Defendants, <br><br>AND ALL RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | No. 3:08-cv-04571-MMC <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR DEFENDANT FIRBIMATIC SpA TO RESPOND TO CITY OF EUREKA'S THIRD AMENDED COUNTER-CLAIM AND CROSS-CLAIM** <br> **[Civil L.R. 7-12]** |

　　　　Pursuant to Civil L.R. 7-12, Defendant, Cross-Claimant, and Counter-Claimant City of Eureka ("Eureka") and Defendant Firbimatic SpA ("Firbimatic") hereby stipulate and request judicial action as follows:

　　　　Firbimatic shall have an extension of time to and including June 14, 2010 to respond to Eureka's Third Amended Complaint (Doc. 228, filed Apr. 30, 2010).

///

<div style="margin-left: sidebar">HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833</div>

1  Dated: May 21, 2010.

2                                              Respectfully submitted,

3                                              /s/ Eric Grant
                                               Eric Grant
4                                              Paula Whitten
                                               Hicks Thomas LLP
5
                                               Counsel for Defendant
6                                              FIRBIMATIC SpA

7                                              (The filer hereby attests that concurrence in
                                               the filing of this document has been obtained
8                                              from the signatory below.)

9

10                                             DAVIDOVITZ & BENNETT LLP

11                                             /s/ Charles Bolcom
                                               MORIS DAVIDOVITZ
12                                             CHARLES BOLCOM
                                               STACEY ALTON
13
                                               Attorneys for Defendant, Cross-Claimant,
14                                             and Counter-Claimant CITY OF EUREKA

15

16       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17

18  Dated: May __25__, 2010.                   _____
                                               MAXINE M. CHESNEY
19                                             United States District Judge

20

21

22

23

24

25

26

27

28

{00136505.DOC}                          2                       No. 3:08-cv-04571-MMC
Stipulation re Defendant Firbimatic SpA's Response to City of Eureka's Third Amended Complaint