NANNETTE DE LARA (State Bar No. 98090)
ndl@severson.com
PETER C. LYON (State Bar No. 174019)
pcl@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Third Party Defendant
WINZLER & KELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EUREKA, et al.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS. | Case No.: 3:08-cv-04571-MMC<br><br>**STIPULATION AND PROPOSED ORDER FOR THIRD PARTY DEFENDANT WINZLER & KELLY FILING A RESPONSE TO THE CITY OF EUREKA'S THIRD AMENDED COUNTERCLAIM AND CROSSCLAIM**<br><br>AND ORDER APPROVING STIPULATION |

Third-Party Defendant Winzler & Kelly ("Winzler & Kelly") and Third Party Plaintiff, The City of Eureka ("Eureka") hereby stipulate as follows:

Whereas both Winzler & Kelly and defendant Environmental Resolutions, Inc. ("ERI") have similar interests in this litigation to the extent that both are alleged to have installed monitoring wells that have contributed to the environmental conditions at the 2907 E Street Property ("Property"), which is the subject of this litigation;

/ / /

/ / /

-1-

Whereas on May 27, 2010 ERI filed a Motion to Dismiss multiple claims within various pleadings (herein, the 'ERI Motion'), including claims within the Third Amended Counterclaim and Crossclaim ('TACC') of Eureka, which ERI Motion is scheduled for hearing on July 16, 2010;

Whereas both Winzler & Kelly and Eureka believe that the Court's ruling on said ERI Motion will provide some guidance with respect to the viability of Eureka's claims against Winzler & Kelly as set forth in Eureka's TACC, and wish to effectuate a standstill with regard to their rights until after they can review the Court's ruling on the pending ERI Motion;

Whereas both Winzler & Kelly and Eureka believe that this stipulation will avoid redundancy of briefing on matters already before the Court with respect to Eureka's TACC, thereby conserving judicial and party resources.

Therefore, Winzler & Kelly and City of Eureka hereby stipulate to the following:

(1)     Following the Court's ruling on ERI's Motion, which is set to be heard July 16, 2010, Winzler & Kelly will have up to 21 days to respond to either Eureka's TACC, or to a Fourth Amended Counterclaim and Cross-claim by Eureka if one is permitted by the Court;

(2)     Both Eureka and Winzler & Kelly will retain their rights to challenge and respond to each other with respect to the TACC or to any subsequent amendments thereto as allowed by the Court's ruling on the pending ERI Motion.

DATED: June 3, 2010                         SEVERSON & WERSON
                                            A Professional Corporation

                                            By:     */s/ Peter C. Lyon*
                                                    PETER C. LYON

                                            Attorneys for Third Party Defendant
                                            WINZLER & KELLY

/ / /

/ / /

/ / /

I, Peter C. Lyon, am the user whose identification and password are being used to file this stipulation. I hereby attest that Charles Bolcom, the other signatory below, has concurred in the filing of this document.

                                                */s/ Peter C. Lyon*
                                                PETER C. LYON

DATED: June 3, 2010                    DAVIDOVITZ & BENNETT LLP

                                         By:    */s/ Charles Bolcom*
                                                  MORIS DAVISOVITZ
                                                  CHARLES BOLCOM

                                          Attorneys for Third Party Plaintiff
                                          THE CITY OF EUREKA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: JUNE 10, 2010                    *Maxine M. Chesney*
                                             MAXINE M. CHESNEY
                                             UNITED STATES DISTRICT JUDGE