1  MORIS DAVIDOVITZ, ESQ. (State Bar #70581)
   CHARLES BOLCOM, ESQ. (State Bar #193762)
2  **DAVIDOVITZ & BENNETT LLP**
   One Embarcadero Center, Suite 750
3  San Francisco, California 94111
   Telephone: (415) 956-4800
4  Facsimile:  (415) 788-5948

5  Attorneys for Defendant and Cross-Defendant
   CITY OF EUREKA

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 KFD ENTERPRISES, INC., a California      )   CASE NO. CV-08-4571 MMC
   Corporation dba Norman's Dry Cleaner,    )
12                                          )   STIPULATION AND ~~PROPOSED~~
           Plaintiff,                       )   ORDER TO CONTINUE HEARING ON
13                                          )   DEFENDANT ENVIRONMENTAL
        v.                                  )   RESOLUTION INC.'S MOTION TO
14                                          )   DISMISS AND STRIKE
   CITY OF EUREKA,                          )   [CIVIL C.R. 7-12]
15                                          )
           Defendant.                       )
16                                          )
   _____  )
17                                          )
   CITY OF EUREKA,                          )
18                                          )
                                            )
19    Counter-Claimant and Third-Party Plaintiff )
                                            )
20      vs.                                 )
                                            )
21 KFD ENTERPRISES, INC., a California      )
   Corporation dba Norman's Dry Cleaner,    )
22 Unocal Corporation,                      )
                                            )
23     Cross-Defendant and Third Party      )
       Defendant                            )
24 _____  )

25         1.     Pursuant to Civil L.R. 7-12,  Third-Party Defendant and Cross-Defendant

26 Environmental Resolutions, Inc. and Defendant, Cross-Defendant, and Counter Defendant City

27 of Eureka, Defendants, Cross-Defendants Unocal and Union Oil, Defendant and Cross-

28 Defendant Winzler & Kelly and Plaintiff KFD Enterprises Inc., hereby stipulate as follows:



_____                           1
STIPULATION TO CONTINUE HEARING ON ERI'S MOTION TO DISMISS  Case No. CV-08-4571 MMC

2. Whereas Environmental Resolutions, Inc. has filed a Motion to Dismiss and Strike Claims, which was scheduled to be heard on July 16, 2010;

3. Whereas the City of Eureka has requested additional time to respond to ERI's Motion to Dismiss and Strike Claims and ERI is amenable to that request;

4. Whereas counsel Defendants and Cross-Defendants Unocal Corporation and Union Oil, counsel for Defendant and Cross-Defendant Winzler & Kelly, counsel for Plaintiff KFD Enterprises Inc. have all agreed to extending the time for hearing on ERI's motion;

5. The hearing on ERI's motion is continued to Friday, July 23, 2010 at 9 a.m. with the briefing schedule moved accordingly.

DATED: June 15, 2010                    DAVIDOVITZ & BENNETT LLP

                                        By:___/s/   Charles H. Bolcom_____
                                        MORIS DAVIDOVITZ
                                        Attorneys for CITY OF EUREKA

                                        (The filer hereby attests that concurrence in the filing of this document has been obtained from the signatories below.)

DATED: June 15, 2010                    GORDON & REES LLP

                                        By:___/s/   George A. Acero_____
                                        GEORGE A. ACERO
                                        Attorneys for Environmental Resolutions, Inc.

DATED: June 15, 2010                    SEVERSON & WERSON

                                        By:___/s/   Peter C. Lyon_____
                                        PETER C. LYON
                                        Attorneys for Winzler & Kelly

DATED: June 15, 2010                    GREBEN & ASSOCIATES

                                        By:___/s/   Jan A. Greben_____
                                        Jan A. Greben
                                        Attorneys for Plaintiff  KFD Enterprises, Inc.

STIPULATION TO CONTINUE HEARING ON ERI'S MOTION TO DISMISS  Case No. CV-08-4571 MMC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 16, 2010

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

3