IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC, et al.<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF EUREKA, et al.,<br><br>   Defendants. / <br><br>And Related Counterclaims, Cross-claims, and Third-Party Claims. / | No. C 08-4571 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO COMPEL** |

Pursuant to Civil Local Rule 72-1, defendant, counter-claimant, and cross-claimant City of Eureka's Motion to Compel, filed July 29, 2010, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

**IT IS SO ORDERED**.

Dated: August 2, 2010

MAXINE M. CHESNEY
United States District Judge

___

[1] The September 3, 2010 hearing date before the undersigned is vacated.