|   |   |
|---|---|
| 1 | **GREBEN & ASSOCIATES** |
|   | 1332 ANACAPA STREET, SUITE 110 |
| 2 | SANTA BARBARA, CA 93101 |
|   | TELEPHONE: (805) 963-9090 |
| 3 | FACSIMILE: (805) 963-9098 |
| 4 | Jan A. Greben, State Bar No. 103464 |
|   | jan@grebenlaw.com |
| 5 |   |
|   | Danielle De Smeth, State Bar No. 263309 |
| 6 | danielle@grebenlaw.com |
| 7 | Attorneys for Plaintiff and Counterdefendant |
|   | KFD Enterprises, Inc. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner, | Case No. **CV-08-4571 MMC** |
|---|---|
| Plaintiff, |   |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CITY OF EUREKA'S MOTION TO COMPEL KFD ENTERPRISES, INC.'S FURTHER WRITTEN RESPONSES AND PRODUCTION OF DOCUMENTS HEARING** |
| CITY OF EUREKA, |   |
| Defendant. |   |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS |   |

Plaintiff and Counterdefendant KFD Enterprises, Inc. ("KFD") and Defendant and Counterclaimant City of Eureka ("Eureka"), hereby stipulate to extend the motion hearing date for Eureka's motion to compel, currently set for September 8, 2010 at 9:30 a.m., to September 15, 2010 at 9:30 a.m. or at such other time that is convenient to the Court.

The parties reach this stipulation because counsel for KFD is conflicted on September 8, 2010 due to previously scheduled matters. The parties have not previously requested a continuance on this hearing, and the granting of a continuance of this hearing by the Court will

1
STIPULATION AND [PROPOSED] ORDER CONTINUING EUREKA'S MOTION TO COMPEL HEARING
Case No. CV-08-4571 MMC

not effect or alter the course of the litigation, or prejudice any other party of this action.

Further, briefing deadlines will not change and will be based on the original hearing date of September 8, 2010.

Dated: August 16, 2010     GREBEN & ASSOCIATES

/s/ Danielle De Smeth

JAN A. GREBEN
DANIELLE DE SMETH
Attorneys for Plaintiff and Counterdefendant
KFD Enterprises, Inc.

Dated: August 16, 2010     DAVIDOVITZ & BENNETT LLP

/s/ Charles Bolcom

MORIS DAVISOVITZ
CHARLES BOLCOM
Attorneys for Defendant and Counterclaimant
City of Eureka

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the hearing date scheduled for September 8, 2010 be vacated, and is continued until:

___  September 15, 2010 at 9:30 a.m.; or

___  _____, 2010 at _____ a.m./p.m.

Dated: August 23, 2010

HONORABLE JAMES LARSON
UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER CONTINUING EUREKA'S MOTION TO COMPEL HEARING
Case No. CV-08-4571 MMC