1 MORIS DAVIDOVITZ, ESQ. (State Bar #70581)
  CHARLES BOLCOM, ESQ. (State Bar #193762)
2 DAVIDOVITZ & BENNETT LLP
  One Embarcadero Center, Suite 750
3 San Francisco, California 94111
  Telephone: (415) 956-4800
4 Facsimile:  (415) 788-5948

5 Attorneys for Defendant and Cross-Defendant
  CITY OF EUREKA

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF EUREKA, <br><br> Defendant. <br> ──────────────────────── <br> CITY OF EUREKA, <br><br> Counter-Claimant and Third-Party Plaintiff <br><br> vs. <br><br> KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner, Unocal Corporation, <br><br> Cross-Defendant and Third Party Defendant <br> ──────────────────────── | CASE NO. CV-08-4571 MMC <br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING ON DEFENDANT CITY OF EUREKA'S MOTION TO COMPEL FURTHER RESPONSES TO THE CITY'S REQUEST FOR PRODUCTION OF DOCUMENTS <br> [CIVIL C.R. 7-12] |

    1. Pursuant to Civil L.R. 7-12, Defendant City of Eureka and Plaintiff KFD Enterprises Inc., hereby stipulate as follows:

    2. Whereas the City of Eureka. has filed a Motion to Compel Further Responses from KFD Enterprises Inc. on the City's Request for Production of Documents, which was



───────────
1

scheduled to be heard on September 15, 2010;

3. Whereas the Court informed the parties that the hearing would have to be rescheduled and set the new hearing date of October 6, 2010 at 9:30 a.m.;

4. Whereas counsel for the City of Eureka cannot attend the hearing on October 6, 2010 due to a conflict in his schedule;

5. Whereas counsel for the City of Eureka has met and conferred with counsel for plaintiff KFD Enterprises Inc. on a new date and the parties have agreed that both parties can attend a hearing on October 20, 2010 at 9:30 a.m.;

6. The hearing on the City of Eureka's motion to compel is continued to Wednesday, October 20, 2010 at 9:30 a.m.

DATED: September 10, 2010         DAVIDOVITZ & BENNETT LLP

                                  By:   /s/   Charles H. Bolcom
                                  MORIS DAVIDOVITZ
                                  Attorneys for CITY OF EUREKA

                                  (The filer hereby attests that concurrence in the filing of this document has been obtained from the signatories below.)

DATED: September 10, 2010         GREBEN & ASSOCIATES

                                  By:   /s/ Jan Greben
                                  Jan A. Greben
                                  Attorneys for Plaintiff KFD Enterprises, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September  10 , 2010                   _____
                                              JAMES LARSON
                                              UNITED STATES DISTRICT JUDGE

2

STIPULATION TO CONTINUE HEARING ON CITY'S MOTION TO COMPEL  Case No. CV-08-4571 MMC