1 | GLENN A. FRIEDMAN, SB# 104442
     E-Mail: friedman@lbbslaw.com
2 | ROBERT FARRELL, SB# 107461
     E-Mail: farrell@lbbslaw.com
3 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
4 | San Francisco, California  94104
   Telephone: 415.362.2580
5 | Facsimile: 415.434.0882

6 | Attorneys for Defendant, Counter-Defendant and
   Cross-Defendant ECO DRY OF AMERICA, INC.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | |
|---|---|
| 11 — KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaners, | CASE NO. CV-08-04571-MMC |
| 12 — Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL** |
| 13 — v. | **OF CITY OF EUREKA'S THIRD AMENDED COUNTERCLAIM AND** |
| 14 — CITY OF EUREKA, et al., | **CROSS-CLAIM AGAINST COUNTER-DEFENDANT ECO DRY OF AMERICA,** |
| 15 — Defendant. | **INC.** |
| 16 | |
| 17 — AND RELATED CROSS-CLAIMS AND THIRD PARTY CLAIMS | **[FRCP Rule 41(a)(2)** |
| 18 | Action Filed: October 1, 2008 |

19

20 | IT IS HEREBY STIPULATED AND AGREED by and between DEFENDANT, CROSS-

21 | CLAIMANT and COUNTER-CLAIMANT CITY OF EUREKA ("EUREKA") and

22 | DEFENDANT, CROSS-DEFENDANT and COUNTER-DEFENDANT ECO DRY OF

23 | AMERICA, INC. ("ECO DRY") through their respective counsel of record as follows:

24 | EUREKA's Amended Counter-Claim shall be dismissed without prejudice as to Cross-

25 | Defendant and Counter-Defendant ECO DRY only.  Each party shall bear their own fees and

26 | costs.

27 | / / /

28 | / / /

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF CITY OF EUREKA'S THIRD AMENDED
COUNTERCLAIM AGAINST COUNTER-DEFENDANT ECO DRY OF AMERICA, INC.

**LEWIS
BRISBOIS
BISGAARD
& SMITH LLP**
ATTORNEYS AT LAW

1  IT IS SO STIPULATED:

2

3  DATED: September ___, 2010          **DAVIDOVITZ & BENNETT LLP**

4

5                                      By:  /s/ Charles H. Bolcom
                                            MORIS DAVIDOVITZ
6                                           CHARLES H. BOLCOM
                                            Attorneys for Defendant, Cross-Claimant and
7                                           Counter-Claimant CITY OF EUREKA

8
9  DATED: September ___, 2010          LEWIS BRISBOIS BISGAARD & SMITH LLP

10
                                       By:  /s/ Robert Farrell
11                                          GLENN A. FRIEDMAN
                                            ROBERT FARRELL
12                                          Attorneys for Defendant, Counter-Defendant and
                                            Cross-Defendant ECO DRY OF AMERICA,
13                                          INC.

14      (The filer hereby attests that concurrence in the filing of this document has been obtained
    from the signatory above).
15

16                                          ___/s/  Robert Farrell___
                                            Robert Farrell
17
    IT IS SO ORDERED.
18

19  DATED:  September 15, 2010

20
                                            _____
21                                          JUDGE OF THE UNITED STATES DISTRICT
                                            COURT
22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER RE: DISMISSAL OF PLAINTIFFS' THIRD AMENDED
COMPLAINT AGAINST DEFENDANT ECO DRY OF AMERICA, INC.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW