GLENN A. FRIEDMAN, SB# 104442
  E-Mail: friedman@lbbslaw.com
ROBERT FARRELL, SB# 107461
  E-Mail: farrell@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant, Counter-Defendant and
Cross-Defendant ECO DRY OF AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaners,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EUREKA, et al.,<br><br>Defendant.<br><br>AND RELATED CROSS-CLAIMS AND THIRD PARTY CLAIMS | CASE NO. CV-08-04571-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' THIRD AMENDED COMPLAINT AGAINST DEFENDANT ECO DRY OF AMERICA, INC.**<br><br>[FRCP Rule 41(a)(2)]<br><br>Action Filed: October 1, 2008 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Counter Defendant KFD ENTERPRISES, INC., dba NORMAN'S DRY CLEANER ("PLAINTIFF") and Defendant, Counter-Defendant and Cross-Defendant ECO DRY OF AMERICA, INC. ("ECO DRY") through their respective counsel of record, as follows:

PLAINTIFF'S Third Amended Complaint shall be dismissed without prejudice as to Defendant ECO DRY only. Each party shall bear their own fees and costs.

///

///

///

IT IS SO STIPULATED.

DATED: September ___, 2010          **GREBEN & ASSOCIATES**

By: /s/ Jan Adam Greben
JAN ADAM GREBEN
DANIELLE LAUREN DE SMITH
Attorneys for Plaintiff and Cross-defendant KFD ENTERPRISES INC. DBA NORMAN'S DRY CLEANER

DATED: September ___, 2010          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Robert Farrell
GLENN A. FRIEDMAN
ROBERT FARRELL
Attorneys for Defendant, Counter-Defendant and Cross-Defendant ECO DRY OF AMERICA, INC.

(The filer hereby attests that concurrence in the filing of this document has been obtained from the signatory above).

/S/ Robert Farrell
Robert Farrell

IT IS SO ORDERED.

DATED: September 15, 2010

JUDGE OF THE UNITED STATES DISTRICT COURT