IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaners,

Plaintiff,

v.

CITY OF EUREKA,

Defendant

No. C-08-4571 MMC

**ORDER TO SHOW CAUSE**

Before the Court is the City of Eureka's ("the City") Fourth Amended Counter-Claim and Cross-Claim, filed October 15, 2010. At the case management conference held August 6, 2010, this Court issued an order setting October 15, 2010 as the deadline for any party "to file [a] stipulation or motion to amend pleadings in any fashion." (See Doc. No. 294); see also Fed. R. Civ. P. 15(a) (providing "[a] party may amend its pleading once as a matter of course," and "[i]n all other cases, . . . may amend its pleading only with the opposing party's written consent or the court's leave"). The City has not filed a stipulation or motion to amend its pleadings.[1]

---

[1] In addition, the City violated General Order 45 and the Court's standing orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2. The

Further, there currently are pending three motions to dismiss filed in response to the City's Third Amended Counter-Claim and Cross-Claim, which motions would be rendered moot by the filing of the Fourth Amended Counter-Claim and Cross-Claim.

Accordingly, the City is hereby ORDERED TO SHOW CAUSE in writing, filed and served no later than November 5, 2010, why the Fourth Amended Counter-Claim and Cross-Claim should not be stricken. If any party wishes to address the City's response, such party shall do so no later than November 12, 2010.

**IT IS SO ORDERED.**

Dated: October 27, 2010

MAXINE M. CHESNEY
United States District Judge

---

Court did not receive a paper copy of the City's amended pleadings until October 25, 2010, and then only after a request for such was made by the Clerk's Office.