United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KFD ENTERPRISES, INC., a California
Corporation dba Norman's Dry Cleaners,

        Plaintiff,

  v.

CITY OF EUREKA,

        Defendant
_____/

No. C-08-4571 MMC

**ORDER STRIKING CITY OF EUREKA'S
FOURTH AMENDED COUNTER-CLAIM
AND CROSS-CLAIM FILED OCTOBER
15, 2010; STRIKING ANSWERS
THERETO; DENYING MOTION TO
DISMISS AS MOOT**

      Before the Court is the City of Eureka's ("the City") Fourth Amended Counter-Claim
and Cross-Claim ("4ACC"), filed October 15, 2010.  As the City had not moved for leave to
file the 4ACC, the Court ordered the City to show cause why such filing should not be
stricken, and afforded the other parties the opportunity to respond to the City's showing.
On November 5, 2010, the City responded, explaining that as a result of information the
City had obtained, it seeks to add two entities as third-party defendants and to add new
facts to support its allegations against third-party defendant Kenneth Daer; additionally, the
City seeks to amend its allegations in general to clarify that it is not seeking affirmative
relief in the form of damages.  On November 11, 2010, Multimatic LLC and the Kirrberg
Corporation responded, requesting only that they be afforded additional time to respond to
the 4ACC should the Court decide not to strike said pleading.  On November 12, 2010,
Firbimatic SpA and RR Street & Co. Inc. responded, noting the Court's orders filed that

same date had granted in part, and with leave to amend, two motions to dismiss Eureka's

Third Amended Counter-Claim and Cross-Claim, and requesting that "the City's pending

pleading . . . be bypassed in favor of the amended pleading that the City has been

authorized to file on or before December 10, 2010."  (See Doc. No. 338 at 2:10-12.)  The

Court agrees with Firbimatic and RR Street that "judicial economy would be served" (see

id.) by the City's filing a single amended pleading in accordance with the Court's recent

orders.

      Accordingly, the 4ACC filed October 15, 2010 is hereby STRICKEN, without

prejudice to the City's filing a Fourth Amended Counter-Claim and Cross-Claim in

accordance with the Court's orders of November 12, 2010.  Additionally, if the City elects to

file a renewed Fourth Amended Counter-Claim and Cross-Claim, the City may allege

therein claims against the new parties identified in the stricken 4ACC, specifically, MBL,

Inc. and Hoyt Corporation, and may allege new facts to support its allegations against third-

party defendant Kenneth Daer as well as clarify its pleadings as to the form of relief it

seeks.

      In light of the above, all answers to the 4ACC are hereby STRICKEN, and third-party

defendant Kenneth Daer's motion, filed November 1, 2010, to dismiss the fourth through

eighth claims for relief from the City of Eureka's 4ACC is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: November 17, 2010

MAXINE M. CHESNEY
United States District Judge

2