KATHLEEN M. RHOADS (SBN: 144466)
GEORGE A. ACERO (SBN: 226709)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

Attorneys for Third-Party Defendant, Counter-Claimant and Cross-Defendant
ENVIRONMENTAL RESOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF EUREKA,<br><br>　　　　　　Defendant.<br>_____<br>CITY OF EUREKA,<br><br>　　　　　　Counter-Claimant and Third Party Plaintiff,<br><br>　vs.<br><br>KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner, UNOCAL CORPORATION,<br><br>　　　　　　Cross-Defendant and Third Party Defendant.<br>_____<br>UNOCAL CORPORATION,<br><br>　　　　　　Third Party Defendant and Third Party Plaintiff,<br><br>　vs.<br><br>ENVIRONMENTAL RESOLUTIONS, INC.<br><br>　　　　　　Third Party Defendant.<br>_____ | CASE NO. CV-08-4571MMC<br><br>[~~PROPOSED~~] **ORDER GRANTING ENVIRONMENTAL RESOLUTIONS, INC.'S MOTION FOR LEAVE TO FILE AMENDED COUNTER/CROSS-CLAIMS**<br><br>DATE: December 3, 2010<br>TIME: 9:00 a.m.<br>DEPT: Honorable Maxine M. Chesney |

Gordon & Rees LLP
655 University Avenue, Suite 200
Sacramento, CA 95825

-1-
[Proposed] Order Granting Environmental Resolutions, Inc.'s Motion for Leave to File Amended Counter/Cross-Claims

1   On October 15, 2010, Third-Party Defendant, Counter-Claimant, and Cross-Defendant
2   ENVIRONMENTAL RESOLUTIONS, INC. ("ERI") moved this Court for leave to file a fourth
3   amended complaint pursuant to Fed. R. Civ. P. 15(a)(2). ~~After reviewing the briefs and hearing~~ No opposition has been filed,
4   ~~the arguments of counsel~~, and good cause appearing thereon,

5   IT IS HEREBY ORDERED:

6   1.   ERI's motion for leave to file its Amended Counter/Cross-Claims is granted;

7   2.   Amended Counter/Cross-Claims, found in Docket # 310, is accepted by this Court
8   and deemed filed as of the date of October 12, 2010, the date of its filing; answers or other responses thereto shall be filed on or before December 10, 2010.
9   **IT IS SO ORDERED.**  In light of the above, the Court hereby VACATES the hearing scheduled for December 3, 2010.

11  DATED: November 22, 2010

    _____
    HONORABLE MAXINE M. CHESNEY

Gordon & Rees LLP
655 University Avenue, Suite 200
Sacramento, CA 95825

ZRCA/1058074/8656065v.1

-2-

[Proposed] Order Granting Environmental Resolutions, Inc.'s Motion for Leave to File Amended Counter/Cross-Claims