United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaners,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF EUREKA,<br><br>　　　　Defendant | No. C-08-4571 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT; VACATING DECEMBER 3, 2010 HEARING** |

　　Before the Court is plaintiff KFD Enterprises Inc's ("KFD") Motion for Leave to File Fourth Amended Complaint, filed October 15, 2010.  The City of Eureka, R.R. Street & Co, Inc., Firbimatic SpA, Multimatic LLC, and the Kirrberg Corporation have filed statements of non-opposition; no other response to the motion has been filed.  As set forth below, however, the motion nonetheless will be denied.

　　On November 12, 2010, the Court granted in part, and with leave to amend, two motions to dismiss KFD's Third Amended Complaint.  (See Doc. Nos. 332, 333.)  A review of KFD's proposed Fourth Amended Complaint reveals that the proposed pleading suffers from at least some of the same deficiencies found in KFD's Third Amended Complaint.

　　Accordingly, KFD's Motion for Leave to File Fourth Amended Complaint is hereby DENIED, without prejudice to KFD's filing a Fourth Amended Complaint in accordance with the Court's orders of November 12, 2010.

In light of the above, the hearing on the motion, currently scheduled for December 3, 2010, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: November 22, 2010

MAXINE M. CHESNEY
United States District Judge