1  KATHLEEN M. RHOADS (SBN: 144466)
   GEORGE A. ACERO (SBN: 226709)
2  GORDON & REES LLP
   655 University Avenue, Suite 200
3  Sacramento, CA 95825
   Telephone: (916) 565-2900
4  Facsimile: (916) 920-4402

5  Attorneys for Third-Party Defendant, Counter-Claimant and Cross-Defendant
   ENVIRONMENTAL RESOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF EUREKA,<br><br>            Defendant.<br>_____<br>CITY OF EUREKA,<br><br>            Counter-Claimant and Third Party Plaintiff,<br><br>    vs.<br><br>KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner, UNOCAL CORPORATION,<br><br>            Cross-Defendant and Third Party Defendant.<br>_____<br>UNOCAL CORPORATION,<br><br>            Third Party Defendant and Third Party Plaintiff,<br><br>    vs.<br><br>ENVIRONMENTAL RESOLUTIONS, INC.<br><br>            Third Party Defendant. | CASE NO. CV-08-4571MMC<br><br>**STIPULATION TO EXTEND ENVIRONMENTAL RESOLUTIONS, INC.'S TIME TO FILE A RESPONSIVE PLEADING AND ORDER** |

-1-
Stipulation To Extend Environmental Resolutions, Inc.'s Time To File A Responsive Pleading
Case No. CV-08-4571MMC

The Court has recently granted in part, and denied in part, ERI's motion to dismiss. In these circumstances, ERI has 14 days to file a responsive pleading. (See F.R.C.P. 12(a)(4)(A).) However, in its ruling, the Court granted leave to amend as to certain causes of action. The parties have been given until December 10, 2010, to file an amended complaint, which is after ERI's time to file a responsive pleading expires.

To avoid the parties filing unnecessary pleadings and motions, the Parties stipulate that ERI has until December 24, 2010 to file a responsive pleading to KFD's Third Amended complaint and the City of Eureka's Third Amended Complaint. Should any of these parties file amended pleadings pursuant to the Court's November 12, 2010 order, the deadlines to respond to such amended pleadings shall be those deadlines provided under the Federal Rules and this stipulation shall not apply.

Dated:  November 22, 2010    GORDON & REES LLP

By: /s/ *George A. Acero*

KATHLEEN M. RHOADS
GEORGE A. ACERO
Attorneys for Environmental Resolutions, Inc.

Dated:  November 22, 2010    GREBEN & ASSOCIATES

By: /s/ Jan A. Greben

Jan A. Greben
Shelley O'Connor
Attorneys for KFD Enterprises, Inc., a California corporation dba Norman's Dry Cleaner

-2-
Stipulation To Extend Environmental Resolutions, Inc.'s Time To File A Responsive Pleading
Case No. CV-08-4571MMC

| | | |
|---|---|---|
| 2 | Dated:  November 22, 2010 | DAVIDOVITZ & BENNETT LLP |

By:   /s/  Charles Bolcom

MORIS DAVIDOVITZ
CHARLES BOLCOM
STACEY ALTON
Attorneys for City of Eureka

**ORDER**

**IT IS SO ORDERED**.

DATED:  November 23, 2010

_____
Honorable Maxine M. Chesney

-3-

Stipulation To Extend Environmental Resolutions, Inc.'s Time To File A Responsive Pleading
Case No. CV-08-4571MMC

ZRCA/1058074/8804512v.1

Gordon & Rees LLP
655 University Avenue, Suite 200
Sacramento, CA 95825