IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaners,<br><br>            Plaintiff,<br><br>   v.<br><br>CITY OF EUREKA,<br><br>            Defendants<br>_____/ | No. C 08-4571 MMC<br><br>**ORDER DENYING OBJECTION TO MAGISTRATE JUDGE LARSON'S ORDER GRANTING CITY OF EUREKA'S MOTION TO COMPEL** |

Before the Court is plaintiff KFD Enterprises, Inc.'s ("KFD") objection, filed November 29, 2010, to Magistrate Judge James Larson's Order granting the City of Eureka's motion to compel KFD's further written responses and production of documents.

Having fully considered the matter, the Court hereby DENIES the objection, for the reason KFD has failed to show the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's order where it has been shown to be clearly erroneous or contrary to law).

**IT IS SO ORDERED.**

Dated: December 2, 2010

                                                                                  MAXINE M. CHESNEY
                                                                                  United States District Judge