NANNETTE DE LARA (State Bar No. 98090)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

PETER C. LYON (State Bar No. 174019)
pcl@severson.com
SEVERSON & WERSON
1801 N. California Bl., Suite 101
Walnut Creek, CA 94596
Telephone:  (925) 627-1910
Facsimile:  (925) 627-3855
Email:  pcl@severson.com

Attorneys for Third Party Defendant
WINZLER & KELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EUREKA, et al.<br><br>Defendant. | Case No.:  3:08-cv-04571-MMC<br><br>**STIPULATION TO EXTEND THIRD PARTY DEFENDANT WINZLER & KELLY'S TIME FOR FILING RESPONSIVE PLEADINGS**<br><br>**AND [PROPOSED] ORDER** |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS. | |

Third-Party Defendant Winzler & Kelly ("Winzler & Kelly") and Third Party Plaintiff, The City of Eureka ("Eureka") hereby stipulate as follows:

Whereas on November 12, 2010 the Court granted in part and denied in part defendant ERI's Motion to Dismiss (See Court Order at Doc No. 332), and therein ordered Plaintiff KFD and Third Party Plaintiff City of Eureka to amend their pleadings, if they chose, consistent with the Court orders, by December 10, 2010.

///

-1-

1  Whereas the Court also ordered Winzler & Kelly to amend its indemnity and contribution
2  claims in its First Amended Cross-Claims ("FACC") if it is so chooses, also by December 10, 2010.
3  See Doc. No. 332, p. 16-17, ¶¶ 7, 11.

4  Whereas both Winzler & Kelly and Eureka believe that it is in the interests of justice and will
5  conserve judicial and party resources by allowing Winzler & Kelly to amend its pleading of
6  contribution and indemnity claims some time after any amended KFD and Eureka claims are filed on
7  December 10, 2010, so that Winzler & Kelly may properly reference allegations in any newly
8  amended claim pleadings by KFD and Eureka.

9  Whereas previously Winzler & Kelly and Eureka stipulated to a standstill that allowed
10 Winzler & Kelly to time to respond of up to 21 days after any amended pleadings by the Eureka
11 following the Court's ruling on the ERI Motion. An Order pursuant to that stipulation was entered
12 by the Court on June 6, 2010. See Doc. No. 260.

13 Whereas both Winzler & Kelly and Eureka believe that this further stipulation will allow a
14 more orderly pleading of claims, in particular for Winzler & Kelly's claims for contribution and
15 indemnification, thereby conserving judicial and party resources.

16 Therefore, Winzler & Kelly and Eureka hereby stipulate to the following:

17 (1) To avoid the parties filing unnecessary pleadings and/or motions, the parties stipulate
18     that Winzler & Kelly has until December 24th to file a responsive pleading to Eureka's
19     Third Amended Complaint, if it is not amended by Eureka by December 10, 2010.
20 (2) However, should Eureka file an amended pleading pursuant to leave granted in the
21     Court's November 12, 2010 order, the deadlines for Winzler & Kelly to respond to
22     such amended pleading, and to amend Winzler & Kelly's FACC, shall be those
23     deadlines provided under the Federal Rules of Civil Procedure.

24 DATED: December 7, 2010                SEVERSON & WERSON
                                         A Professional Corporation
25

26                                       By:    */s/ Peter C. Lyon*
                                                PETER C. LYON
27
                                         Attorneys for Third Party Defendant
28                                       WINZLER & KELLY

-2-

I, Peter C. Lyon, am the user whose identification and password are being used to file this stipulation. I hereby attest that Charles Bolcom, the other signatory below, has concurred in the filing of this document.

                  */s/ Peter C. Lyon*
                  PETER C. LYON

DATED: December 7, 2010      DAVIDOVITZ & BENNETT LLP

                By: */s/ Charles Bolcom*
                  MORIS DAVISOVITZ
                  CHARLES BOLCOM

                Attorneys for Third Party Plaintiff
                THE CITY OF EUREKA

                and to the extent any other party is affected, GOOD CAUSE HAVING BEEN SHOWN,
PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December __9__, 2010      *[signature]*
                  MAXINE M. CHESNEY
                  UNITED STATES DISTRICT JUDGE