RECEIVED
2011 JAN -6 A 11: 21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner,

Plaintiff,

v.

CITY OF EUREKA, et al.

Defendant.

CASE NO. 3:08-cv-04571-MMC

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Jay N. Gross, whose business address and telephone number is Hicks Thomas LLP, 700 Louisiana, Suite 2000, Houston, Texas 77002; Telephone: (713) 547-9100,

and who is an active member in good standing of the bar of the Supreme Court of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing R.R. Street & Co. Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 10, 2011

_____
Maxine M. Chesney
United States District Judge