MORIS DAVIDOVITZ, ESQ. (State Bar #70581)
Mdavidovitz@dblawsf.com
CHARLES H. BOLCOM, ESQ. (State Bar #193762)
Cbolcom@dblawsf.com
STACEY ALTON, ESQ. (State Bar #221515)
Salton@dblawsf.com
DAVIDOVITZ & BENNETT LLP
One Embarcadero Center, Suite 750
San Francisco, California 94111
Telephone:  (415) 956-4800
Facsimile:   (415) 788-5948

Attorneys for Defendant, Counter-Claimant and
Cross-Claimant CITY OF EUREKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>CITY OF EUREKA, <br><br>　　　　Defendant. <br><br>AND RELATED COUNTER AND CROSS CLAIMS. | CASE NO. CV-08-04571 MMC <br> ORDER ON STIPULATION TO EXTEND TIME FOR CITY OF EUREKA TO RESPOND TO WINZLER & KELLY'S SECOND AMENDED COUNTER-CLAIMS AND CROSS-CLAIMS AGAINST PARTIES OTHER THAN KFD [Doc. No. 368] |

Pursuant to Civil L.R. 6-1, Defendant, Counter-Claimant and Cross-Claimant City of Eureka, and Defendant, Counter-Claimant and Cross-Claimant Winzler & Kelly hereby stipulate as follows:

Winzler & Kelly filed Second Amended Counter-Claims and Cross-Claims Against Parties Other Than KFD [Doc. No. 368] on December 28, 2010 and the City of Eureka has requested additional time to respond.

Counsel for Defendant, Counter-Claimant and Cross-Claimant Winzler & Kelly have agreed to extend the time for City of Eureka to answer or otherwise respond to Winzler & Kelly's Second Amended Counter-Claims and Cross-Claims for 14 days.

City of Eureka has not otherwise requested an extension of time to answer or otherwise

1 respond to Winzler & Kelly's Second Amended Counter-Claims and Cross-Claims Against
2 Parties Other Than KFD .
3    City of Eureka will now have up to and including Tuesday, February 1, 2011 to respond
4 to Winzler & Kelly's Second Amended Counter-Claims and Cross-Claims. Such extension will
5 not alter the date of any other event or deadline fixed by the Court.

7 Dated: January 18, 2011                     DAVIDOVITZ & BENNETT LLP

                                              By:       /s/ Charles Bolcom
                                                  Moris Davidovitz, Esq.
                                                  Charles Bolcom, Esq.
                                                  Stacey Alton, Esq.
                                                  Attorneys for City of Eureka

                                              (The filer hereby attests that concurrence in the filing of this
                                              document has been obtained from the signatory below.)

14 Dated: January 18, 2011                    SEVERSON & WERSON PC

                                              By:       /s/   Peter C. Lyon
                                                  Peter C. Lyon, Esq.
                                                  Nannette De Lara, Esq.
                                                  Attorneys for Winzler & Kelly

**IT IS SO ORDERED**

Judge Maxine M. Chesney