IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaners,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF EUREKA, et al.<br><br>    Defendants | No. C-08-4571 MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANT FIRBIMATIC SPA AND R.R. STREET'S JOINT MOTION TO DISMISS CITY OF EUREKA'S FOURTH AMENDED COUNTER-CLAIM AND CROSS-CLAIM** |

    Before the Court is defendants and cross-defendants Firbimatic SpA and R.R. Street & Co, Inc.'s (collectively "cross-defendants") Joint Motion to Dismiss City of Eureka's ("the City") Fourth Amended Counter-Claim and Cross-Claim ("FACC"), set for hearing January 28, 2011.  Third-party defendant Kenneth Daer also has filed a motion to dismiss the City's FACC, which motion is set for hearing February 4, 2011.  As judicial economy would be served by the Court's hearing the two motions together, the Court hereby CONTINUES the hearing on cross-defendants' motion to February 4, 2011 at 10:30 a.m.

    **IT IS SO ORDERED.**

Dated: January 24, 2011

MAXINE M. CHESNEY
United States District Judge