**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
Telephone: (805) 963-9090
Facsimile: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Danielle De Smeth, State Bar No. 263309
danielle@grebenlaw.com

Attorneys for Plaintiff, Cross Defendant, Third Party Defendant,
Counter Defendant and Counter Claimant KFD Enterprises, Inc.,
a California corporation dba Norman's Dry Cleaner, and
Third Party Defendant Kenneth Daer

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EUREKA, et al.<br><br>Defendants.<br><br>AND RELATED COUNTER AND CROSS CLAIMS | Case No.: 3:08-CV-04571 MMC<br><br>**JOINT STIPULATION AND REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:   January 28, 2011<br>Time:  10:30 a.m.<br>Dept:   Honorable Maxine M. Chesney |

Plaintiff, Cross Defendant, Third Party Defendant, Counter Defendant and Counter Claimant KFD Enterprises, Inc. and Third Party Defendant Kenneth Daer (collectively "KFD"), Defendant, Counter Claimant and Third Party Plaintiff City of Eureka ("Eureka"), Defendant, Cross Defendant, Third Party Defendant and Third Party Plaintiff Unocal Corporation ("Unocal"), and Defendants Cross Defendants, Third Party Defendants, and Counter Claimants Union Oil Company of California ("Union Oil") and Chevron Corporation ("Chevron"), Defendant and Cross Defendant R.R. Street & Co. Inc. ("Street"), Defendant and Cross Defendant Firbimatic SpA ("Firbimatic"), Defendant and Third Party Defendant Environmental Resolutions, Inc. ("ERI"), Defendants and Third Party Defendants Multimatic LLC, Multimatic Dry Cleaning Machine Corporation and The

Kirrberg Corporation (collectively "Multimatic"), and Cross Defendant, Third Party Defendant, Counter Claimant and Counter Defendant Winzler & Kelly ("Winzler") (collectively "the Parties") hereby stipulate as follows:

The Parties shall appear telephonically at the Case Management Conference scheduled for January 28, 2011 at 10:30 a.m. The conference call will be arranged by counsel for Plaintiff KFD and once all parties have joined the call, the Parties will contact the court directly at a number designated by the Court. Alternatively, if the Court prefers, it may contact Plaintiff KFD's counsel at (805) 963-9090 and Plaintiff will conference the Court into the call.

Pursuant to this stipulation, the Parties respectfully request that the Court issue an order allowing the Parties to appear telephonically at the Case Management Conference scheduled for January 28, 2011 at 10:30 a.m. before the Honorable Maxine M. Chesney.

Dated: January 27, 2011                    GREBEN & ASSOCIATES

/s/ Jan Greben
JAN A. GREBEN
DANIELLE DE SMETH
Plaintiff, Cross Defendant, Third Party Defendant,
Counter Claimant KFD ENTERPRISES INC., a
California corporation dba Norman's Dry Cleaner; and
Third Party Defendant KENNETH DAER

Dated:  January 27, 2011                   DAVIDOVITZ & BENNETT LLP

/s/ Moris Davidovitz
MORIS DAVIDOVITZ
CHARLES BOLCOM
Defendant, Third Party Plaintiff, Counterclaimant
CITY OF EUREKA

Dated:  January 27, 2011                   GORDON & REES, LLP

/s/ George Acero
KATHLEEN M. RHOADS
GEORGE A. ACERO
Defendant and Third Party Defendant
ENVIRONMENTAL RESOLUTIONS, INC.

Dated:  January 27, 2011						HICKS THOMAS LLP

						/s/ Eric Grant
						ERIC GRANT
						JOHN B. THOMAS
						JAY N. GROSS
						Defendant and Cross Defendants R.R. STREET
						& CO. INC. and FIRBIMATIC SpA

Dated:  January 27, 2011						GLYNN & FINLEY, LLP

						/s/ Andrew Mortl
						ANDREW T. MORTL
						PATRICIA BONHEYO
						Defendant, Cross-Defendant, Third Party Plaintiff, and Third Party Defendant UNOCAL CORPORATION; and Defendants, Cross-Defendants, and Third Party Defendants UNION OIL COMPANY OF CALIFORNIA; and CHEVRON CORPORATION

Dated:  January 27, 2011						DONGELL LAWRENCE FINNEY LLP

						/s/ Ian Culver
						THOMAS F. VANDENBURG
						IAN P. CULVER
						Defendant and Cross Defendant MULTIMATIC LLC, THE KIRRBERG CORPORATION, and MULTIMATIC DRY CLEANING MACHINE CORPORATION

Dated:  January 27, 2011						SEVERSON & WERSON

						/s/ Peter Lyon
						DAVID A. ERICKSEN
						PETER C. LYON
						NANNETTE DE LARA
						Third Party Defendant, Cross Defendant, Counter Claimant and Counter Defendant WINZLER & KELLY

## [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED THAT:**

1. The Parties request to appear telephonically at the Case Management Conference on January 28, 2011 is ~~GRANTED~~ DENIED as unsupported by good cause and untimely.  See Civil L.R. 16-10(a) (providing "[r]equests to participate in the conference by telephone must be filed and served at least 7 days before the conference").

\___  The Parties shall dial into the conference call scheduled by Plaintiff and will collectively call the Court at: _____.

\___  The Court shall contact Plaintiff's counsel at (805) 963-9090, and Plaintiff will arrange to have the Court connected to the conference call.

Dated: January 27, 2011              *Maxine M. Chesney*
                                     HONORABLE MAXINE M. CHESNEY
                                     UNITED STATES DISTRICT JUDGE

- 4 –

JOINT STIPULATION AND REQUEST TO APPEAR TELEPHONICALLY; [PROPOSED] ORDER
3:08-CV-4571 MMC