**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
Telephone: (805) 963-9090
Facsimile: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jeff Coyner, State Bar No. 233499
jeff@grebenlaw.com
Danielle De Smeth, State Bar No. 263309
danielle@grebenlaw.com

Attorneys for Plaintiff, Cross Defendant, Third Party Defendant,
Counter Defendant and Counter Claimant KFD Enterprises, Inc.,
a California corporation dba Norman's Dry Cleaner, and
Third Party Defendant Kenneth Daer

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner,<br><br>                                    Plaintiff,<br><br>     vs.<br><br>CITY OF EUREKA, et al.<br><br>                                    Defendants.<br>_____<br><br>AND RELATED COUNTER AND CROSS CLAIMS | Case No.: 3:08-CV-04571 MMC<br><br>**ORDER APPROVING STIPULATION ADDING PARTIES TO THE STIPULATED PROTECTIVE ORDER REGARDING REGIONAL BOARD AND CONSULTANT INVOICES**<br><br>Dept:   7 (19th Floor)<br>Judge:  Honorable Maxine M. Chesney |

Plaintiff, Cross Defendant, Third Party Defendant, Counter Defendant and Counter Claimant KFD Enterprises, Inc., Third Party Defendant Kenneth Daer, Defendant, Counter Claimant and Third Party Plaintiff City of Eureka, Defendants, Cross-Defendants and Cross-Claimants Unocal Corporation and Union Oil Company of California, Defendant and Cross-Defendant Chevron Corporation, Defendant and Cross Defendant R.R. Street & Co. Inc., Defendant and Cross

1  Defendant Firbimatic SpA, Defendant and Third Party Defendant Environmental Resolutions, Inc.,
2  Defendants and Third Party Defendants Multimatic LLC, Multimatic Dry Cleaning Machine
3  Corporation, Multimatic Corporation, and The Kirrberg Corporation, and Cross Defendant, Third
4  Party Defendant, Counter Claimant and Counter Defendant Winzler & Kelly (collectively, "the
5  Parties") hereby submit this stipulation to amend the Stipulated Protective Order Regarding
6  Regional Board and Consultant Invoices ("Protective Order") entered by the Court on June 2, 2011
7  as Docket No. 469, to include and bind the Parties to the protections provided therein.  The
8  Protective Order, originally agreed upon by KFD Enterprises, Inc. and R.R. Street & Co. Inc., shall
9  now incorporate and bind all of the below-signed Parties to all of the provisions as set forth therein.

Dated:  September 13, 2011         GREBEN & ASSOCIATES

/s/ Jan Greben
JAN A. GREBEN
JEFF COYNER
DANIELLE DE SMETH
Plaintiff, Cross Defendant, Third Party Defendant,
Counter Claimant KFD ENTERPRISES INC., a
California corporation dba Norman's Dry Cleaner; and
Third Party Defendant KENNETH DAER

Dated:  September 13, 2011         DAVIDOVITZ & BENNETT LLP

/s/ Moris Davidovitz
MORIS DAVIDOVITZ
CHARLES BOLCOM
Defendant, Third Party Plaintiff, Counterclaimant
CITY OF EUREKA

Dated:  September 13, 2011         GORDON & REES, LLP

/s/ George Acero
KATHLEEN M. RHOADS
GEORGE A. ACERO
Defendant and Third Party Defendant
ENVIRONMENTAL RESOLUTIONS, INC.

| | |
|---|---|
| Dated:  September 13, 2011 | HICKS THOMAS LLP |
| | /s/ Eric Grant<br>ERIC GRANT<br>JOHN B. THOMAS<br>JAY N. GROSS<br>Defendant and Cross Defendants R.R. STREET & CO. INC. and FIRBIMATIC SpA |
| Dated:  September 13, 2011 | GLYNN & FINLEY, LLP |
| | /s/ Patricia Bonheyo<br>ANDREW T. MORTL<br>PATRICIA BONHEYO<br>Defendants, Cross-Defendants and Cross-Claimants UNOCAL CORPORATION and UNION OIL COMPANY OF CALIFORNIA and Defendant and Cross-Defendant CHEVRON CORPORATION |
| Dated: September 13, 2011 | DONGELL LAWRENCE FINNEY LLP |
| | /s/ Ian Culver<br>THOMAS F. VANDENBURG<br>IAN P. CULVER<br>Defendant and Cross Defendant MULTIMATIC LLC, THE KIRRBERG CORPORATION, and MULTIMATIC DRY CLEANING MACHINE CORPORATION |
| Dated: September 13, 2011 | SEVERSON & WERSON |
| | /s/ Peter Lyon<br>DAVID A. ERICKSEN<br>PETER C. LYON<br>NANNETTE DE LARA<br>Third Party Defendant, Cross Defendant, Counter Claimant and Counter Defendant WINZLER & KELLY |

///
///
///
////

**PURSUANT TO STIPULATION, IT IS ORDERED** that the protective order entered in on June 2, 2011 [Dkt. No. 469] shall bind the above-signed parties.  Any party requesting a document be filed under seal pursuant to this order shall file an appropriate motion pursuant to Civil Local Rule 79-5.

Dated: September 14, 2011

_____
HON. MAXINE M. CHESNEY
United States District Judge