**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
Telephone: (805) 963-9090
Facsimile: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jeff Coyner, State Bar No. 233499
jeff@grebenlaw.com
Danielle De Smeth, State Bar No. 263309
danielle@grebenlaw.com

Attorneys for Plaintiff, Cross Defendant, Third Party Defendant,
Counter Defendant and Counter Claimant KFD Enterprises, Inc.,
a California corporation dba Norman's Dry Cleaner, and
Third Party Defendant Kenneth Daer

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EUREKA, et al.<br><br>Defendants.<br>_____<br><br>AND RELATED COUNTER AND CROSS CLAIMS | **Case No.: 3:08-CV-04571 MMC**<br><br>**ORDER APPROVING STIPULATION ADDING PARTIES TO THE STIPULATED PROTECTIVE ORDER REGARDING REGIONAL BOARD AND CONSULTANT INVOICES**<br><br>Dept:   7 (19th Floor)<br>Judge:  Honorable Maxine M. Chesney |

Plaintiff, Cross Defendant, Third Party Defendant, Counter Defendant and Counter Claimant KFD Enterprises, Inc., Third Party Defendant Kenneth Daer, Defendant, Counter Claimant and Third Party Plaintiff City of Eureka, Defendants, Cross-Defendants and Cross-Claimants Unocal Corporation and Union Oil Company of California, Defendant and Cross-Defendant Chevron Corporation, Defendant and Cross Defendant R.R. Street & Co. Inc., Defendant and Cross

1  Defendant Firbimatic SpA, Defendant and Third Party Defendant Environmental Resolutions, Inc.,
2  Defendants and Third Party Defendants Multimatic LLC, Multimatic Dry Cleaning Machine
3  Corporation, Multimatic Corporation, and The Kirrberg Corporation, and Cross Defendant, Third
4  Party Defendant, Counter Claimant and Counter Defendant Winzler & Kelly (collectively, "the
5  Parties") hereby submit this stipulation to amend the Stipulated Protective Order Regarding
6  Regional Board and Consultant Invoices ("Protective Order") entered by the Court on June 2, 2011
7  as Docket No. 469, to include and bind the Parties to the protections provided therein.  The
8  Protective Order, originally agreed upon by KFD Enterprises, Inc. and R.R. Street & Co. Inc., shall
9  now incorporate and bind all of the below-signed Parties to all of the provisions as set forth therein.

11  Dated:  September 13, 2011                GREBEN & ASSOCIATES

13                                            /s/ Jan Greben
                                              JAN A. GREBEN
14                                            JEFF COYNER
                                              DANIELLE DE SMETH
15                                            Plaintiff, Cross Defendant, Third Party Defendant,
                                              Counter Claimant KFD ENTERPRISES INC., a
16                                            California corporation dba Norman's Dry Cleaner; and
                                              Third Party Defendant KENNETH DAER

18  Dated:  September 13, 2011                DAVIDOVITZ & BENNETT LLP

20                                            /s/ Moris Davidovitz
                                              MORIS DAVIDOVITZ
21                                            CHARLES BOLCOM
                                              Defendant, Third Party Plaintiff, Counterclaimant
22                                            CITY OF EUREKA

23  Dated:  September 13, 2011                GORDON & REES, LLP

25                                            /s/ George Acero
                                              KATHLEEN M. RHOADS
26                                            GEORGE A. ACERO
                                              Defendant and Third Party Defendant
27                                            ENVIRONMENTAL RESOLUTIONS, INC.

| | | |
|---|---|---|
| 1 | Dated: September 13, 2011 | HICKS THOMAS LLP |
| 2 | | /s/ Eric Grant |
| 3 | | ERIC GRANT<br>JOHN B. THOMAS |
| 4 | | JAY N. GROSS<br>Defendant and Cross Defendants R.R. STREET |
| 5 | | & CO. INC. and FIRBIMATIC SpA |
| 6 | | |
| 7 | Dated: September 13, 2011 | GLYNN & FINLEY, LLP |
| 8 | | /s/ Patricia Bonheyo |
| 9 | | ANDREW T. MORTL<br>PATRICIA BONHEYO |
| 10 | | Defendants, Cross-Defendants and Cross-Claimants<br>UNOCAL CORPORATION and UNION OIL |
| 11 | | COMPANY OF CALIFORNIA and Defendant and<br>Cross-Defendant CHEVRON CORPORATION |
| 12 | | |
| 13 | Dated: September 13, 2011 | DONGELL LAWRENCE FINNEY LLP |
| 14 | | /s/ Ian Culver |
| 15 | | THOMAS F. VANDENBURG<br>IAN P. CULVER |
| 16 | | Defendant and Cross Defendant MULTIMATIC LLC,<br>THE KIRRBERG CORPORATION, and |
| 17 | | MULTIMATIC DRY CLEANING MACHINE<br>CORPORATION |
| 18 | | |
| 19 | Dated: September 13, 2011 | SEVERSON & WERSON |
| 20 | | /s/ Peter Lyon |
| 21 | | DAVID A. ERICKSEN<br>PETER C. LYON |
| 22 | | NANNETTE DE LARA<br>Third Party Defendant, Cross Defendant, Counter |
| 23 | | Claimant and Counter Defendant WINZLER &<br>KELLY |
| 24 | | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | //// | |

- 3 –

STIPULATION TO AMEND STIPULATED PROTECTIVE ORDER– 3:08-CV-04571 MMC

1 **PURSUANT TO STIPULATION, IT IS ORDERED** that the protective order entered in on June 2, 2011 [Dkt. No. 469] shall bind the above-signed parties.  Any party requesting a document be filed under seal pursuant to this order shall file an appropriate motion pursuant to Civil Local Rule 79-5.

Dated: September 14, 2011

                                          _____
                                          HON. MAXINE M. CHESNEY
                                          United States District Judge