Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833
Facsimile: (916) 691-3261

John B. Thomas (Bar No. 269538)
jthomas@hicks-thomas.com
Jay N. Gross (*pro hac vice*)
jgross@hicks-thomas.com
Hicks Thomas LLP
700 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 547-9100
Facsimile: (713) 547-9150

Counsel for Defendant
R.R. STREET & CO. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF EUREKA, et al.,<br><br>　　　　Defendants.<br><br>AND ALL RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | No. 3:08-cv-04571-MMC<br><br>**ORDER GRANTING STIPULATED REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF KFD ENTERPRISES, INC.'S ENTIRE ACTION AGAINST DEFENDANT R.R. STREET & CO. INC.**<br>[Fed. R. Civ. P. 41(a)(2); Civil L.R. 7-12]<br><br>Courtroom:　7 (19th Floor)<br>Judge:　Hon. Maxine M. Chesney |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Civil L.R. 7-12, Plaintiff KFD Enterprises, Inc. ("KFD") and Defendant R.R. Street & Co. Inc. ("Street") hereby stipulate and respectfully request judicial action as follows:

WHEREAS, KFD has asserted and prosecuted this action against Street, among other parties;

1  WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(2), KFD now desires to
2  dismiss with prejudice its entire action, and all claims encompassed therein, against Street, while
3  continuing its action against all other parties, *cf. Hells Canyon Preservation Council v. United*
4  *States Forest Service*, 403 F.3d 683, 687 (9th Cir. 2005) (observing that Rule 41(a) "allow[s] the
5  dismissal of *all* claims against *one* defendant, so that a defendant may be dismissed from the en-
6  tire action"); and
7  WHEREAS, KFD and Street agree that each party will bear its own costs and attorneys'
8  fees with respect to KFD's action against Street;
9  THEREFORE, the parties hereto stipulate and respectfully request that this Court enter an
10 order dismissing with prejudice KFD's entire action, and all claims encompassed therein, against
11 Street only, each party to bear its own costs and attorneys' fees.
12 Dated: October 18, 2011.

Respectfully submitted,

/s/ Eric Grant
Eric Grant
John B. Thomas
Jay N. Gross
Hicks Thomas LLP

Counsel for Defendant
R.R. STREET & CO. INC.

(The filer hereby attests that concurrence in the filing of this document has been obtained from the signatory below.)

GREBEN & ASSOCIATES

/s/ Jeff Coyner
Jan A. Greben
Jeff Coyner
Danielle De Smeth

Attorneys for Plaintiff KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner

27 ///
28 ///

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3   Dated: October __20__, 2011.

*/s/ Maxine M. Chesney*
Hon. MAXINE M. CHESNEY
United States District Judge

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833