Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone:  (916) 388-0833
Facsimile:   (916) 691-3261

John B. Thomas (Bar No. 269538)
jthomas@hicks-thomas.com
Hicks Thomas LLP
700 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone:  (713) 547-9100
Facsimile:   (713) 547-9150

Counsel for Defendant
FIRBIMATIC SpA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EUREKA, et al.,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | No. 3:08-cv-04571-MMC<br><br>**ORDER GRANTING STIPULATED REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF KFD ENTERPRISES, INC.'S ENTIRE ACTION AGAINST DEFENDANT FIRBIMATIC SpA**<br>[Fed. R. Civ. P. 41(a)(2); Civil L.R. 7-12]<br><br>Courtroom:   7 (19th Floor)<br>Judge:         Hon. Maxine M. Chesney |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Civil L.R. 7-12, Plaintiff KFD Enterprises, Inc. ("KFD") and Defendant Firbimatic SpA ("Firbimatic") hereby stipulate and re-spectfully request judicial action as follows:

WHEREAS, KFD has asserted and prosecuted this action against Firbimatic, among other parties;

1  WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(2), KFD now desires to dismiss with prejudice its entire action, and all claims encompassed therein, against Firbimatic, while continuing its action against all other parties, *cf. Hells Canyon Preservation Council v. United States Forest Service*, 403 F.3d 683, 687 (9th Cir. 2005) (observing that Rule 41(a) "allow[s] the dismissal of *all* claims against *one* defendant, so that a defendant may be dismissed from the entire action"); and

WHEREAS, KFD and Firbimatic agree that each party will bear its own costs and attorneys' fees with respect to KFD's action against Firbimatic;

THEREFORE, the parties hereto stipulate and respectfully request that this Court enter an order dismissing with prejudice KFD's entire action, and all claims encompassed therein, against Firbimatic only, each party to bear its own costs and attorneys' fees.

Dated: October 17, 2011.

Respectfully submitted,

/s/ Eric Grant
Eric Grant
John B. Thomas
Hicks Thomas LLP

Counsel for Defendant
FIRBIMATIC SpA

(The filer hereby attests that concurrence in the filing of this document has been obtained from the signatory below.)


GREBEN & ASSOCIATES

/s/ Jeff Coyner
Jan A. Greben
Jeff Coyner
Danielle De Smeth

Attorneys for Plaintiff KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner

///

///

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: October __20__, 2011.

_____
Hon. MAXINE M. CHESNEY
United States District Judge

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833