Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833
Facsimile: (916) 691-3261

John B. Thomas (Bar No. 269538)
jthomas@hicks-thomas.com
Jay N. Gross (*pro hac vice*)
jgross@hicks-thomas.com
Hicks Thomas LLP
700 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 547-9100
Facsimile: (713) 547-9150

Counsel for Defendant
R.R. STREET & CO. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF EUREKA, et al.,<br><br>　　　　Defendants.<br><br>AND ALL RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | No. 3:08-cv-04571-MMC<br><br>**STIPULATED REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF THIRD-PARTY DEFENDANT WINZLER & KELLY'S ENTIRE CROSS-CLAIM AGAINST DEFENDANT R.R. STREET & CO. INC.**<br>[Fed. R. Civ. P. 41(a)(2), (c); Civil L.R. 7-12]<br><br>Courtroom:　7 (19th Floor)<br>Judge:　　　Hon. Maxine M. Chesney |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Civil L.R. 7-12, Third-Party Defendant Winzler & Kelly ("Winzler") and Defendant R.R. Street & Co. Inc. ("Street") hereby stipulate and respectfully request judicial action as follows:

WHEREAS, Winzler has asserted and prosecuted within this action a cross-claim against Street, among other parties;

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(2)—as made applicable by Rule 41(c)—Winzler now desires to dismiss with prejudice its entire cross-claim, and all claims encompassed therein, against Street, while continuing its cross-claim against the other parties named therein, *cf. Hells Canyon Preservation Council v. United States Forest Service*, 403 F.3d 683, 687 (9th Cir. 2005) (observing that Rule 41(a) "allow[s] the dismissal of *all* claims against *one* defendant, so that a defendant may be dismissed from the entire action"); and

WHEREAS, Winzler and Street agree that each party will bear its own costs and attorneys' fees with respect to Winzler's cross-claim against Street;

THEREFORE, the parties hereto stipulate and respectfully request that this Court enter an order dismissing with prejudice Winzler's entire cross-claim, and all claims encompassed therein, against Street only, each party to bear its own costs and attorneys' fees.

Dated: October 24, 2011.

Respectfully submitted,

/s/ Eric Grant
Eric Grant
John B. Thomas
Jay N. Gross
Hicks Thomas LLP

Counsel for Defendant
R.R. STREET & CO. INC.

(The filer hereby attests that concurrence in the filing of this document has been obtained from the signatory below.)

SEVERSON & WERSON
A Professional Corporation

By: /s/ Peter C. Lyon
   PETER C. LYON

Attorneys for Third-Party Defendant
WINZLER & KELLY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 26, 2011.

Hon. MAXINE M. CHESNEY
United States District Judge