1  Eric Grant (Bar No. 151064)
   grant@hicks-thomas.com
2  Hicks Thomas LLP
   8001 Folsom Boulevard, Suite 100
3  Sacramento, California 95826
   Telephone:  (916) 388-0833
4  Facsimile:   (916) 691-3261

5  John B. Thomas (Bar No. 269538)
   jthomas@hicks-thomas.com
6  Jay N. Gross (*pro hac vice*)
   jgross@hicks-thomas.com
7  Hicks Thomas LLP
   700 Louisiana Street, Suite 2000
8  Houston, Texas 77002
   Telephone:  (713) 547-9100
9  Facsimile:   (713) 547-9150

10 Counsel for Defendant
   R.R. STREET & CO. INC.

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                SAN FRANCISCO DIVISION

15

16 KFD ENTERPRISES, INC., a California      )  No. 3:08-cv-04571-MMC
   corporation dba Norman's Dry Cleaner,    )
17                                          )
            Plaintiff,                       )  **STIPULATED REQUEST FOR**
18                                          )  **VOLUNTARY DISMISSAL WITH**
         v.                                  )  **PREJUDICE OF THIRD-PARTY**
19                                          )  **DEFENDANT WINZLER & KELLY'S**
   CITY OF EUREKA, et al.,                   )  **ENTIRE CROSS-CLAIM AGAINST**
20                                          )  **DEFENDANT R.R. STREET & CO. INC.**
            Defendants.                      )  **[Fed. R. Civ. P. 41(a)(2), (c); Civil L.R. 7-12]**
21                                          )
                                            )
22 AND ALL RELATED CROSS-CLAIMS             )  Courtroom:    7 (19th Floor)
   AND THIRD-PARTY CLAIMS.                   )  Judge:          Hon. Maxine M. Chesney
23 _____ )

24          Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Civil L.R. 7-12, Third-

25 Party Defendant Winzler & Kelly ("Winzler") and Defendant R.R. Street & Co. Inc. ("Street")

26 hereby stipulate and respectfully request judicial action as follows:

27          WHEREAS, Winzler has asserted and prosecuted within this action a cross-claim against

28 Street, among other parties;

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

1    WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(2)—as made applicable by

2    Rule 41(c)—Winzler now desires to dismiss with prejudice its entire cross-claim, and all claims

3    encompassed therein, against Street, while continuing its cross-claim against the other parties

4    named therein, *cf. Hells Canyon Preservation Council v. United States Forest Service*, 403 F.3d

5    683, 687 (9th Cir. 2005) (observing that Rule 41(a) "allow[s] the dismissal of *all* claims against

6    *one* defendant, so that a defendant may be dismissed from the entire action"); and

7    WHEREAS, Winzler and Street agree that each party will bear its own costs and attor-

8    neys' fees with respect to Winzler's cross-claim against Street;

9    THEREFORE, the parties hereto stipulate and respectfully request that this Court enter an

10   order dismissing with prejudice Winzler's entire cross-claim, and all claims encompassed therein,

11   against Street only, each party to bear its own costs and attorneys' fees.

12   Dated:  October 24, 2011.

13                                          Respectfully submitted,

14                                          /s/ Eric Grant
                                            Eric Grant
15                                          John B. Thomas
                                            Jay N. Gross
16                                          Hicks Thomas LLP

17                                          Counsel for Defendant
                                            R.R. STREET & CO. INC.

18
                                            (The filer hereby attests that concurrence in
19                                          the filing of this document has been obtained
                                            from the signatory below.)

20
                                            SEVERSON & WERSON
21                                          A Professional Corporation

22                                          By: _____/s/ Peter C. Lyon_____
                                                          PETER C. LYON
23
                                            Attorneys for Third-Party Defendant
24                                          WINZLER & KELLY

25   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26

27   Dated: October __26__, 2011.

28                                          Hon. MAXINE M. CHESNEY
                                            United States District Judge

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833