| | |
|---|---|
| 1 | Eric Grant (Bar No. 151064) |
|  | grant@hicks-thomas.com |
| 2 | Hicks Thomas LLP |
|  | 8001 Folsom Boulevard, Suite 100 |
| 3 | Sacramento, California 95826 |
|  | Telephone:  (916) 388-0833 |
| 4 | Facsimile:   (916) 691-3261 |
| 5 | John B. Thomas (Bar No. 269538) |
|  | jthomas@hicks-thomas.com |
| 6 | Jay N. Gross (*pro hac vice*) |
|  | jgross@hicks-thomas.com |
| 7 | Hicks Thomas LLP |
|  | 700 Louisiana Street, Suite 2000 |
| 8 | Houston, Texas 77002 |
|  | Telephone:  (713) 547-9100 |
| 9 | Facsimile:   (713) 547-9150 |
| 10 | Counsel for Defendant |
|  | R.R. STREET & CO. INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner, | ) ) ) | No. 3:08-cv-04571-MMC |
| Plaintiff, | ) ) | **STIPULATED REQUEST FOR** |
| v. | ) ) ) | **VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT CITY** |
| CITY OF EUREKA, et al., | ) ) | **OF EUREKA'S ENTIRE CROSS-CLAIM AGAINST DEFENDANT** |
| Defendants. | ) ) | **R.R. STREET & CO. INC.** [Fed. R. Civ. P. 41(a)(2), (c); Civil L.R. 7-12] |
| AND ALL RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | ) ) ) ) | Courtroom:   7 (19th Floor) Judge:           Hon. Maxine M. Chesney |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Civil L.R. 7-12, Defendant City of Eureka (the "City") and Defendant R.R. Street & Co. Inc. ("Street") hereby stipulate and respectfully request judicial action as follows:

WHEREAS, the City has asserted and prosecuted within this action a cross-claim against Street, among other parties;

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(2)—as made applicable by Rule 41(c)—the City now desires to dismiss with prejudice its entire cross-claim, and all claims encompassed therein, against Street, while continuing its various claims against other parties, *cf. Hells Canyon Preservation Council v. United States Forest Service*, 403 F.3d 683, 687 (9th Cir. 2005) (observing that Rule 41(a) "allow[s] the dismissal of *all* claims against *one* defendant, so that a defendant may be dismissed from the entire action"); and

WHEREAS, the City and Street agree that each party will bear its own costs and attorneys' fees with respect to the City's cross-claim against Street;

THEREFORE, the parties hereto stipulate and respectfully request that this Court enter an order dismissing with prejudice the City's entire cross-claim, and all claims encompassed therein, against Street only, each party to bear its own costs and attorneys' fees.

Dated: October 24, 2011.

Respectfully submitted,

/s/ Eric Grant
Eric Grant
John B. Thomas
Jay N. Gross
Hicks Thomas LLP

Counsel for Defendant
R.R. STREET & CO. INC.

(The filer hereby attests that concurrence in the filing of this document has been obtained from the signatory below.)

DAVIDOVITZ & BENNETT LLP

By: /s/ Charles Bolcom
     CHARLES BOLCOM

MORIS DAVIDOVITZ
CHARLES BOLCOM
Attorneys for Defendant, Cross-Claimant and Counter-Claimant CITY OF EUREKA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October __26__, 2011.

Hon. MAXINE M. CHESNEY
United States District Judge

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833