Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833
Facsimile: (916) 691-3261

John B. Thomas (Bar No. 269538)
jthomas@hicks-thomas.com
Hicks Thomas LLP
700 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 547-9100
Facsimile: (713) 547-9150

Counsel for Defendant
FIRBIMATIC SpA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EUREKA, et al.,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | No. 3:08-cv-04571-MMC<br><br>**STIPULATED REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT CITY OF EUREKA'S ENTIRE CROSS-CLAIM AGAINST DEFENDANT FIRBIMATIC SpA**<br>[Fed. R. Civ. P. 41(a)(2), (c); Civil L.R. 7-12]<br><br>Courtroom: 7 (19th Floor)<br>Judge: Hon. Maxine M. Chesney |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Civil L.R. 7-12, Defendant City of Eureka (the "City") and Defendant Firbimatic SpA ("Firbimatic") hereby stipulate and respectfully request judicial action as follows:

WHEREAS, the City has asserted and prosecuted within this action a cross-claim against Firbimatic, among other parties;

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(2)—as made applicable by Rule 41(c)—the City now desires to dismiss with prejudice its entire cross-claim, and all claims encompassed therein, against Firbimatic, while continuing its various claims against other parties, *cf. Hells Canyon Preservation Council v. United States Forest Service*, 403 F.3d 683, 687 (9th Cir. 2005) (observing that Rule 41(a) "allow[s] the dismissal of *all* claims against *one* defendant, so that a defendant may be dismissed from the entire action"); and

WHEREAS, the City and Firbimatic agree that each party will bear its own costs and attorneys' fees with respect to the City's cross-claim against Firbimatic;

THEREFORE, the parties hereto stipulate and respectfully request that this Court enter an order dismissing with prejudice the City's entire cross-claim, and all claims encompassed therein, against Firbimatic only, each party to bear its own costs and attorneys' fees.

Dated: October 24, 2011.

Respectfully submitted,

/s/ Eric Grant
Eric Grant
John B. Thomas
Hicks Thomas LLP

Counsel for Defendant
FIRBIMATIC SpA

(The filer hereby attests that concurrence in the filing of this document has been obtained from the signatory below.)

DAVIDOVITZ & BENNETT LLP

By: /s/ Charles Bolcom
    CHARLES BOLCOM

MORIS DAVIDOVITZ
CHARLES BOLCOM
Attorneys for Defendant, Cross-Claimant and Counter-Claimant CITY OF EUREKA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 26, 2011.

_____
Hon. MAXINE M. CHESNEY
United States District Judge