**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., | No. C 08-4571 MMC |
|     Plaintiff, | **ORDER ON STIPULATION RELATING TO THE ERI/CARDNO USA, INC. ACQUISITION** |
|     v. | |
| CITY OF EUREKA, | |
|     Defendant. | |
| And Related Counterclaims, Cross-claims, and Third-Party Claims. | |

     Before the Court is the "Stipulation Relating to the ERI/Cardno USA, Inc. Acquisition and Order Thereon," filed November 29, 2011. Although the stipulation purports to be on behalf of, <u>inter alia</u>, Cardno USA Inc. ("Cardno"), no attorney representing Cardno has signed the stipulation or otherwise indicated Cardno's consent to the terms therein. Further, Eco Dry of America, Inc., which according to the Clerk's docket remains a party to the action, is not a signatory to said stipulation.

//

//

//

Accordingly, the Court declines to approve the stipulation in its current form and the stipulation is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: December 6, 2011

MAXINE M. CHESNEY
United States District Judge