1  MORIS DAVIDOVITZ, ESQ. (State Bar #70581)
   CHARLES BOLCOM, ESQ. (State Bar #193762)
2  DAVIDOVITZ & BENNETT LLP
   One Embarcadero Center, Suite 750
3  San Francisco, California 94111
   Telephone:  (415) 956-4800
4  Facsimile:  (415) 788-5948

5  Attorneys for Defendant, Counter-Claimant and
   Cross-Claimant CITY OF EUREKA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  KFD ENTERPRISES, INC., a California        )   CASE NO. CV-08-4571 MMC
    Corporation dba Norman's Dry Cleaner,      )
12                                             )   STIPULATION AND [~~PROPOSED~~]
            Plaintiff,                         )   ORDER RE: VOLUNTARY DISMISSAL
13                                             )   OF CITY OF EUREKA'S FOURTH
         v.                                    )   AMENDED CROSS-CLAIM AGAINST
14                                             )   CROSS-DEFENDANT ECO DRY OF
    CITY OF EUREKA,                            )   AMERICA, INC.
15                                             )
            Defendant.                         )        [FRCP Rule 41(a)(2)]
16                                             )
    _____       )
17                                             )
    AND RELATED CROSS-CLAIMS AND               )
18  THIRD PARTY CLAIMS                         )
    _____       )
19

20

21

22          IT IS HEREBY STIPULATED AND AGREED by and between CROSS-CLAIMANT

23  CITY OF EUREKA ("Eureka") and CROSS-DEFENDANT ECO DRY OF AMERICA, INC.

24  ("ECO DRY") through their respective counsel of record as follows:

25          EUREKA's Fourth Amended Cross-Claim shall be dismissed without prejudice as to

26  Cross-Defendant ECO DRY only.  Each party shall bear their own fees and costs

27          IT IS SO STIPULATED.

28  //



1

DATED: January 3, 2012                    DAVIDOVITZ & BENNETT LLP


                                    By:    /s/ Charles Bolcom
                                           MORIS DAVIDOVITZ
                                           CHARLES H. BOLCOM
                                           Attorneys for Cross-Defendant CITY OF
                                           EUREKA

(The filer hereby attests that concurrence in the filing of this document has been obtained from the signatory below.)


DATED: January 3, 2012                    LEWIS BRISBOIS BISGAARD & SMITH LLP



                                    By:    /s/  Robert Farrell
                                           GLENN A. FRIEDMAN
                                           ROBERT FARRELL
                                           Attorneys for Cross-Defendant ECO DRY OF
                                           AMERICA



IT IS SO ORDERED.




DATE:   January 9  , 2012          _____
                                   The Honorable Maxine M. Chesney
                                   United States District Judge

2