| | |
|---|---|
| 1 | MORIS DAVIDOVITZ, ESQ. (State Bar #70581) |
|   | CHARLES BOLCOM, ESQ. (State Bar #193762) |
| 2 | DAVIDOVITZ & BENNETT LLP |
|   | One Embarcadero Center, Suite 750 |
| 3 | San Francisco, California 94111 |
|   | Telephone: (415) 956-4800 |
| 4 | Facsimile: (415) 788-5948 |

Attorneys for Defendant, Counter-Claimant and Cross-Claimant CITY OF EUREKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner, | CASE NO. CV-08-4571 MMC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE: VOLUNTARY DISMISSAL OF CITY OF EUREKA'S FOURTH AMENDED CROSS-CLAIM AGAINST CROSS-DEFENDANT ECO DRY OF AMERICA, INC. |
| v. | |
| CITY OF EUREKA, | |
| Defendant. | [FRCP Rule 41(a)(2)] |
| AND RELATED CROSS-CLAIMS AND THIRD PARTY CLAIMS | |

IT IS HEREBY STIPULATED AND AGREED by and between CROSS-CLAIMANT CITY OF EUREKA ("Eureka") and CROSS-DEFENDANT ECO DRY OF AMERICA, INC. ("ECO DRY") through their respective counsel of record as follows:

EUREKA's Fourth Amended Cross-Claim shall be dismissed without prejudice as to Cross-Defendant ECO DRY only. Each party shall bear their own fees and costs

IT IS SO STIPULATED.

//



1

| | | |
|---|---|---|
| 1 | DATED: January 3, 2012 | DAVIDOVITZ & BENNETT LLP |
| 2 | | |
| 3 | | By:   /s/ Charles Bolcom |
| 4 | | MORIS DAVIDOVITZ<br>CHARLES H. BOLCOM |
| 5 | | Attorneys for Cross-Defendant CITY OF EUREKA |

6  (The filer hereby attests that concurrence in the filing of this document has been obtained from the signatory below.)

7

8  DATED: January 3, 2012                    LEWIS BRISBOIS BISGAARD & SMITH LLP

9

10

11                                           By:   /s/  Robert Farrell
                                                  GLENN A. FRIEDMAN
12                                                ROBERT FARRELL
                                                  Attorneys for Cross-Defendant ECO DRY OF
13                                                AMERICA

14

15  IT IS SO ORDERED.

16

17

18  DATE:   January 9 , 2012                 _____
                                             The Honorable Maxine M. Chesney
19                                           United States District Judge

20

2

STIPULATION AND PROPOSED ORDER RE: DISMISSAL OF CITY CROSS-CLAIM AGAINST ECO DRY USDC CASE NO.: 08-04571-MMC