KRISTIN N. REYNA (SBN: 211075)
GORDON & REES LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
kreyna@gordonrees.com

GEORGE A. ACERO (SBN: 226709)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
gacero@gordonrees.com

Attorneys for Third-Party Defendant, Counter-Claimant and Cross-Defendant
ENVIRONMENTAL RESOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner, | CASE NO. 3:08-CV-04571-MMC |
|---|---|
| Plaintiff, | **STIPULATION RELATING TO THE ERI/CARDNO USA, INC. ACQUISITION AND ORDER THEREON** |
| vs. | |
| CITY OF EUREKA, | |
| Defendant. | Courtroom: 7 (19th Floor)<br>Judge: Hon. Maxine M. Chesney |
| CITY OF EUREKA, | |
| Counter-Claimant and Third Party Plaintiff, | |
| vs. | |
| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner, UNOCAL CORPORATION, | |
| Cross-Defendant and Third Party Defendant. | |
| UNOCAL CORPORATION, | |

-1-

**STIPULATION RELATING TO THE ERI/CARDNO USA, INC. AQUISITIO AND ORDER THEREON**
**CASE NO. 3:08-CV-04571-MMC**

```
                    Third Party Defendant and    )
                    Third Party Plaintiff,       )
                                                 )
             vs.                                 )
                                                 )
             ENVIRONMENTAL RESOLUTIONS, INC.     )
                                                 )
                    Third Party Defendant.       )
```

On or around June 10, 2010, the Delaware corporation, Cardno USA Inc., acquired Defendant Environmental Resolutions Inc. ("ERI"). The City of Eureka and KFD wish to add Cardno USA Inc. to this case as a successor in interest to ERI. Recently, the City of Eureka has served written discovery on ERI relating to the acquisition and seeks to take a second Rule 30(b)(6) deposition of ERI to address this matter. After meeting and conferring on the issues raised above, the parties stipulate as follows:

1. Cardno USA Inc. agrees to be added as a party to this lawsuit;

2. Cardno USA Inc. stipulates that it is the successor in interest of ERI for purposes of this lawsuit and will be liable for any judgment against ERI in this lawsuit;

3. William Roberts, Director for Legal & Risk Management for Cardno USA Inc. will sign a declaration acknowledging that Cardno USA Inc. is the successor in interest of ERI for purposes of this lawsuit (Attached as Exhibit A);

3. The City of Eureka will withdraw any discovery it has served on ERI relating to the ERI/Cardno USA Inc. acquisition, including withdrawing, in their entirety, its second and third sets of document requests served on ERI;

4  The parties agree that they will not serve discovery on ERI or Cardno USA Inc. regarding the ERI/Cardno USA Inc. acquisition unless they: (a) obtain a stipulation from ERI or Cardno USA Inc. (whichever party the discovery is directed) allowing for this discovery; or (b) they first file a motion with the Court seeking such discovery and the Court finds there is good cause for the discovery notwithstanding this stipulation;

5. Because Cardno USA Inc. had no involvement in the events relevant to this lawsuit, is voluntarily agreeing to join the lawsuit, and is stipulating to being the successor in interest of ERI for purposes of the lawsuit, the parties agree that ERI and Cardno USA Inc. shall

be treated as one party for purposes of any limitations on discovery. Cardno in turn, agrees that it will be bound by ERI's discovery responses for purposes of this lawsuit.

DATED: January 17, 2012         GREBEN & ASSOCIATES

                                By:  /s/ Jan A. Greben
                                     JAN A. GREBEN
                                     Attorneys for Plaintiff, Cross Defendant,
                                     Third Party Defendant, Counter Defendant
                                     and Counter Claimant KFD
                                     ENTERPRISES, INC., a California
                                     corporation dba Norman's Dry Cleaner and
                                     Third Party Defendant Kenneth Daer

DATED: January 17, 2012         DAVIDOVITZ & BENNETT LLP

                                By:  /s/ Charles Bolcom
                                     CHARLES BOLCOM
                                     Attorneys for Defendant/Counter-
                                     Claimant/Third Party Plaintiff CITY OF
                                     EUREKA

DATED: January 17, 2012         GLYNN & FINLEY, LLP

                                By:  /s/ Andrew T. Mortl
                                     ANDREW T. MORTL
                                     Defendants, Cross Defendants, Cross-
                                     Claimants UNOCAL CORPORATION and
                                     UNION OIL COMPANY OF
                                     CALIFORNIA and Defenddnat and Cross-
                                     Defendant CHEVRON CORPORATION

DATED: January 17, 2012         GORDON & REES LLP

                                By:  /s/ George A. Acero
                                     GEORGE A. ACERO
                                     KRISTIN N. REYNA
                                     Attorneys for Third Party Defendant
                                     ENVIRONMENTAL RESOLUTIONS,
                                     INC.

/ / /

/ / /

DATED: January 17, 2012       DONGELL LAWRENCE FINNEY LLP

By: /s/ Thomas F. Vandenburg
    THOMAS F. VANDENBERG
    Defendant and Cross-Defendant
    MULTIMATIC LLC, THE KIRRBERG
    CORPORATION and MULTIMATIC DRY
    CLEANING MACHINE CORPORATION

DATED: January 17, 2012       SEVERSON & WERSON

By: /s/ Peter C. Lyon
    PETER C. LYON
    Cross Defendant, Third Party Defendant,
    Counter Claimant and Counter Defendant
    WINZLER & KELLY

DATED: January 17, 2012       CARDNO USA

By: /s/ William J. Roberts
    Director, Commercial/Legal-Risk
    Management

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 18, 2012

Honorable MAXINE M. CHESNEY
United States District Judge

# EXHIBIT A

KRISTIN N. REYNA (SBN: 211075)
GORDON & REES LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
kreyna@gordonrees.com

GEORGE A. ACERO (SBN: 226709)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
gacero@gordonrees.com

Attorneys for Third-Party Defendant and Counter-Claimant
ENVIRONMENTAL RESOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF EUREKA,<br><br>　　　　　Defendant. | CASE NO. CV-08-4571MMC<br><br>**DECLARATION OF WILLIAM J. ROBERTS REGARDING MEET AND CONFER ON CARDNO USA, INC.** |
| CITY OF EUREKA,<br><br>　　　　　Counter-Claimant and Third Party Plaintiff,<br><br>vs.<br><br>KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner, UNOCAL CORPORATION,<br><br>　　　　　Cross-Defendant and Third Party Defendant. | |
| UNOCAL CORPORATION,<br><br>　　　　　Third Party Defendant and | |

|   |   |   |
|---|---|---|
| | Third Party Plaintiff, | ) |
| | vs. | ) |
| | ENVIRONMENTAL RESOLUTIONS, INC., | ) |
| | Third Party Defendant. | ) |

I, William J. Roberts, declare:

1.     I am the Director for Legal & Risk Management for Cardno USA Inc. including all of its operating affiliates within the Americas. As Director for Legal & Risk Management, my responsibilities include the provision of commercially focused legal and risk management advice and services to the internal clients of the Americas and Software regions and their operating divisions and business units. These responsibilities include providing legal and commercial counsel regarding corporate structures, registrations and business transactions, mergers and acquisitions and intellectual property protection strategies, assisting in the management of the corporate insurance program, overseeing the company's claims and providing risk management oversight, education and training. As counsel to Cardno USA Inc., through my position as Director for Legal & Risk Management, I am authorized to make and execute this Declaration.

2.     On or around June 10, 2010, Cardno USA Inc. (a Delaware corporation) ("Cardno") acquired Environmental Resolutions Inc. (a California corporation)("ERI") through a share purchase agreement. Cardno stipulates, for purposes of this lawsuit, to be the successor in interest of ERI and assume any and all obligations and rights of ERI relating to any claims asserted in this lawsuit.

3.     Cardno is a wholly owned subsidiary of Cardno Limited (a corporation of Australia). Cardno Limited is a publically held corporation and is traded on the Australian Stock Exchange (ASX). Detailed financial and annual reports can be found on the Cardno global website.

4.     For the fiscal year, ending in June 2011, Cardno Limited had total gross revenues of approximately $828,759,000. Cardno had gross revenues of approximately $480,874,000 for this same fiscal year.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and within my personal knowledge and if called to testify could do so competently.

Executed the 6th day of December, 2011, in Lake Forest, California.

_____
WILLIAM J. ROBERTS