**GREBEN & ASSOCIATES**
125 E DE LA GUERRA, SUITE 203
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jeff G. Coyner, State Bar No. 233499
jeff@grebenlaw.com
Danielle De Smeth, State Bar No. 263309
danielle@grebenlaw.com

Attorneys for Plaintiff, Cross Defendant, Third Party Defendant,
Counter Defendant and Counter Claimant KFD Enterprises, Inc.,
a California corporation dba Norman's Dry Cleaner, and
Third Party Defendant Kenneth Daer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EUREKA,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | **Case No. CV-08-4571 MMC**<br><br>**STIPULATION TO MODIFY HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Local Rule 7-7 (a), plaintiff KFD Enterprises, Inc. ("KFD") and defendants Multimatic LLC and The Kirrberg Corporation (collectively, "Multimatic"), hereby stipulate to modify the hearing date and briefing schedule for Multimatic's Motion for Summary Judgment, filed on June 1, 2012 as document 524. The modified schedule is as follows:

September 21, 2012    KFD's Opposition due

September 28, 2012    Multimatic's Reply due

October 12, 2012    Hearing at 9:00 a.m.

1
STIPULATION TO MODIFY BRIEFING SCHEDULE- Case No. CV-08-4571 MMC

1  The parties have not previously requested an extension of time.  Good cause is shown as
2  further discovery is necessary for KFD to respond to Multimatic's motion, including but not
3  limited to the depositions of Multimatic's FRCP 30(b)(6) representatives.

6  Dated: June 8, 2012                    GREBEN & ASSOCIATES

8                                          /s/ Jan A. Greben
9                                         JAN A. GREBEN
                                          DANIELLE DE SMETH
10                                        Attorneys for Plaintiff and Counter-defendant
                                          KFD Enterprises, Inc.

13 Dated: June 8, 2012                    DONGELL LAWRENCE FINNEY LLP

15                                         /s/ Thomas F. Vandenburg
                                          THOMAS F. VANDENBURG
16                                        CHRISTOPHER W. SMITH
                                          Attorneys for Defendants Multimatic LLC, a New
17                                        Jersey limited liability company and The Kirrberg
                                          Corporation, a New Jersey corporation

IT IS SO ORDERED

Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION TO MODIFY BRIEFING SCHEDULE- Case No. CV-08-4571 MMC