IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KFD ENTERPRISES, INC.,

    Plaintiff,

  v.

CITY OF EUREKA,

    Defendant.

And Related Counterclaims, Cross-claims, and Third-Party Claims.

No. C 08-4571 MMC

**ORDER VACATING JUNE 15, 2012 HEARING**

    Before the Court is defendant City of Eureka's ("City") motion, filed May 10, 2012, for leave to file a Fifth Amended Counter-Claim and Cross-Claim, by which the City seeks to add a claim under the Resource Conservation and Recovery Act. Plaintiffs KFD Enterprises, Inc. and Kenneth Daer have jointly filed opposition thereto, to which the City has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the parties' written submissions, and hereby VACATES the hearing scheduled for June 15, 2012.

    **IT IS SO ORDERED.**

Dated: June 13, 2012

MAXINE M. CHESNEY
United States District Judge