IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF EUREKA, <br><br> Defendant. <br>_____/ <br> And Related Counterclaims, Cross-claims, and Third-Party Claims. <br>_____/ | No. C 08-4571 MMC <br><br> **ORDER REFERRING TO MAGISTRATE JUDGE CORLEY DEFENDANT'S MOTION FOR ONE HOUR OF ADDITIONAL TIME FOR DEPOSITION QUESTIONS OF PETER KRASNOFF** |

    Pursuant to Civil Local Rule 72-1, defendant, counter-claimant and cross-claimant City of Eureka's "Motion for One-Hour of Additional Time for Deposition Questions of Peter Kranoff," filed July 30, 2012, is hereby REFERRED to Magistrate Judge Jacqueline Scott Corley, to whom all discovery matters previously were referred.

    The parties will be advised of the next appearance, if any, by Magistrate Judge Corley's chambers.

    **IT IS SO ORDERED.**

Dated: August 1, 2012

                                                   MAXINE M. CHESNEY <br>
                                                 United States District Judge