IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., <br><br> Plaintiff - Counter-Defendant - Cross-Defendant, <br><br> v. <br><br> CITY OF EUREKA, <br><br> Defendant - Counter-Claimant - Cross-Claimant. | Case No.: C08-4571 MMC (JSC) <br><br> **ORDER TO MEET AND CONFER RE: DEFENDANT'S MOTION FOR ONE-HOUR OF ADDITIONAL TIME FOR DEPOSITION QUESTIONS OF PETER KRASNOFF (Dkt. No. 537)** |

Now pending before the Court is Defendant City of Eureka's Motion for One-Hour of Additional Time for Deposition Questions of Peter Krasnoff. (Dkt. No. 537). The motion indicates that Defendant sent a letter to counsel for Mr. Krasnoff, Robert Epstein, on July 27, 2012 requesting additional time for Mr. Krasnoff's deposition. It does not appear that counsel for Mr. Krasnoff responded. The underlying motion followed on July 30, 2012. Counsel for the City of Eureka and counsel for Mr. Krasnoff are ordered to meet and confer **telephonically or in person** regarding continuing Mr. Krasnoff's deposition by August 10, 2012. See Local Rule 1-5(n). In accordance with this Court's Standing Order, the parties

shall file a joint letter summarizing their meet and confer and advising the Court as to whether a dispute remains by Wednesday, August 15, 2012.

**IT IS SO ORDERED.**

Dated: August 2, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE