**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE. 203
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jeff G. Coyner, State Bar No. 233499
jeff@grebenlaw.com

Attorneys for Plaintiff, Cross Defendant, Third Party Defendant,
Counter Defendant and Counter Claimant KFD Enterprises, Inc.,
a California corporation dba Norman's Dry Cleaner, and
Third Party Defendant Kenneth Daer

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EUREKA, et al.<br><br>Defendants.<br>_____<br>AND RELATED COUNTER AND CROSS CLAIMS | Case No.: 3:08-CV-04571 MMC<br><br>**STIPULATION TO EXTEND RESPONSE DEADLINES REGARDING ENVIRONMENTAL RESOLUTION INC.'S MOTION FO SUMMARY JUDGMENT; [PROPOSED] ORDER**<br><br>Date: November 16, 2012<br>Time: 9:00 a.m.<br>Dept: Honorable Maxine M. Chesney |

Plaintiff, Cross Defendant, Third Party Defendant, Counter Defendant and Counter Claimant KFD Enterprises, Inc. and Third Party Defendant Kenneth Daer (collectively "KFD"), Defendant, Counter Claimant and Third Party Plaintiff City of Eureka ("Eureka"), and Defendant and Third Party Defendant Environmental Resolutions, Inc. ("ERI"), hereby stipulate to:

1. Extend the time providing KFD an additional seven days to file and serve an opposition to ERI's motion for summary judgment filed in this action on September 27, 2012 as

document no. 546. Whereas pursuant to Local Rule 7-3, the original deadline to file and serve an opposition was October 11, 2012, KFD will now have up to and including October 18, 2012 to file its opposition.

2. Extend the time providing Eureka an additional seven days to file and serve an opposition to ERI's motion for summary judgment filed in this action on September 27, 2012 as document no. 547. Whereas pursuant to Local Rule 7-3, the original deadline to file and serve an opposition was October 11, 2012, Eureka will now have up to and including October 18, 2012 to file its opposition.

3. Extend the time providing ERI additional time to file and serve its respective replies. Whereas pursuant to Local Rule 7-4, a reply memorandum is due seven days after the filing of the opposition, ERI will now have fourteen days after the filing of KFD and Eureka's respective oppositions to file its reply.

The Parties have not previously requested an extension of time.

Dated: October 1, 2012         GREBEN & ASSOCIATES

/s/ Jan Greben
JAN A. GREBEN
JEFF COYNER
Plaintiff, Cross Defendant, Third Party Defendant,
Counter Claimant KFD ENTERPRISES INC., a
California corporation dba Norman's Dry Cleaner; and
Third Party Defendant KENNETH DAER

Dated: October 1, 2012         GORDON & REES, LLP

/s/ George Acero
KRISTIN N. REYNA
GEORGE A. ACERO
Defendant and Third Party Defendant
ENVIRONMENTAL RESOLUTIONS, INC.

| | | |
|---|---|---|
| 1 | Dated: October 1, 2012 | DAVIDOVITZ & BENNETT LLP |
| 2 | | |
| 3 | | /s/ Charles Bolcom |
| | | MORIS DAVIDOVITZ |
| 4 | | CHARLES BOLCOM |
| | | Defendant, Third Party Plaintiff, Counterclaimant |
| 5 | | CITY OF EUREKA |

**IT IS HEREBY ORDERED.**

Dated:   October 1, 2012

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE