IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF EUREKA, et al., <br><br> Defendant. <br> ──────────────────────────── / <br> And Related Counterclaims, Cross-claims, and Third-Party Claims. <br> ──────────────────────────── / | No. C 08-4571 MMC <br><br> **ORDER CONTINUING HEARING ON MULTIMATIC LLC AND THE KIRRBERG CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |

Before the Court is the "Motion for Summary Judgment as to Plaintiff KFD Enterprises, Inc.," filed June 1, 2012 by Multimatic LLC and The Kirrberg Corporation (collectively, "Multimatic") and currently scheduled for hearing October 12, 2012. On September 27, 2012, Environmental Resolutions, Inc. and Cardno USA (collectively, "ERI") filed motions for summary judgment on claims brought by, <u>inter alia</u>, KFD Enterprises, Inc., which motions are noticed for hearing November 16, 2012.

/
/
/