1  DONGELL LAWRENCE FINNEY LLP
   RICHARD A. DONGELL (SBN 128083)
2  (rdongell@dlflawyers.com)
   THOMAS F. VANDENBURG (SBN 163446)
3  (tvandenburg@dlflawyers.com)
   ANI ADJEMIAN (SBN 245244)
4  (aadjemian@dlflawyers.com)
   707 Wilshire Boulevard, 45th Floor
5  Los Angeles, CA  90017-3609
   Telephone:  (213) 943-6100
6  Facsimile:   (213) 943-6101

7  Attorneys for Defendants
   MULTIMATIC LLC, a New Jersey
8  limited liability company and THE
   KIRRBERG CORPORATION, a
9  New Jersey corporation

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13 | KFD ENTERPRISES, INC., a California Corporation d/b/a Norman's Dry Cleaners, | Case No.: 3:08-cv-04571-MMC |
|---|---|
| | Hon. Maxine M. Chesney |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE OF DEFENDANTS MULTIMATIC LLC AND THE KIRRBERG CORPORATION'S MOTION FOR SUMMARY JUDGMENT;** ~~[PROPOSED]~~ **ORDER** |
| v. | |
| CITY OF EUREKA; et al., | |
| Defendants. | ACTION FILED: October 1, 2008<br>TRIAL DATE:     March 11, 2013 |

Pursuant to Local Rules 6-1(a) and 7-7(b), Defendants Multimatic LLC and The Kirrberg Corporation (collectively, "Multimatic") and Plaintiff KFD Enterprises, Inc. ("KFD") (collectively, the "Parties") hereby stipulate to modify the hearing date for Multimatic's Motion for Summary Judgment (the "Motion") (Doc. 524) filed on June 1, 2012.

Whereas, the Court issued an Order (Doc. 553) continuing the hearing date for the Motion to November 16, 2012; and

1
**STIPULATION TO CONTINUE MULTIMATIC'S HEARING DATE ON ITS
MOTION FOR SUMMARY JUDGMENT**

1 | Whereas, counsel for Multimatic is unavailable to attend the hearing
2 | on the Motion on November 16, 2012;
3 |     Accordingly, counsel for the Parties hereby stipulate and request this
4 | Court to continue the hearing date on the Motion from November 16, 2012 to
5 | December 7, 2012.

7 | DATED:  October 17, 2012     DONGELL LAWRENCE FINNEY LLP

9 | By: /s/ Thomas F. Vandenburg
    Thomas F. Vandenburg
Attorneys for Defendants
MULTIMATIC LLC, a New Jersey limited liability company and THE KIRRBERG CORPORATION, a New Jersey corporation

14 | DATED:  October 17, 2012     GREBEN & ASSOCIATES

16 | By: /s/ Jan A. Greben
    Jan A Greben
Attorneys for Plaintiff and Counter-Defendant KFD ENTERPRISES, INC.

20 | **IT IS HEREBY ORDERED.**

22 | DATED:  October  18 , 2012

Honorable Maxine M. Chesney
United States District Judge