IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF EUREKA, et al.,<br><br>    Defendant.<br>_____/<br>And Related Counterclaims, Cross-claims,<br>and Third-Party Claims.<br>_____/ | No. C 08-4571 MMC<br><br>**ORDER VACATING DECEMBER 7, 2012 HEARING ON MULTIMATIC LLC AND THE KIRRBERG CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |

    Before the Court is Multimatic LLC and The Kirrberg Corporation's (collectively, "Multimatic") "Motion for Summary Judgment as to Plaintiff KFD Enterprises, Inc.," filed June 1, 2012. KFD Enterprises, Inc. has filed opposition, to which Multimatic has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and hereby VACATES the hearing scheduled for December 7, 2012.

    **IT IS SO ORDERED.**

Dated: December 4, 2012

                                                      MAXINE M. CHESNEY<br>
                                                    United States District Judge