United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KFD ENTERPRISES, INC.,

       Plaintiff,

  v.

CITY OF EUREKA, et al.,

       Defendants.

_____/

And Related Counterclaims, Cross-claims,
and Third-Party Claims.

_____/

No. C 08-4571 MMC

**ORDER REFERRING TO MAGISTRATE
JUDGE CORLEY KFD ENTERPRISES,
INC.'S MOTION TO STRIKE THE CITY
OF EUREKA'S RULE 26 DISCLOSURE**

     Pursuant to Civil Local Rule 72-1, KFD Enterprises, Inc.'s Motion to Strike the City of

Eureka's Rule 26 Disclosure, filed March 8, 2013, is hereby REFERRED to Magistrate

Judge Jacqueline Scott Corley, to whom all discovery matters previously were referred.

     **IT IS SO ORDERED.**

Dated:  March 12, 2013

                                                   MAXINE M. CHESNEY
                                                   United States District Judge