IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., | No. C 08-4571 MMC |
| Plaintiff, | **ORDER REFERRING TO MAGISTRATE JUDGE CORLEY KFD ENTERPRISES, INC.'S MOTION TO STRIKE THE CITY OF EUREKA'S RULE 26 DISCLOSURE** |
| v. | |
| CITY OF EUREKA, et al., | |
| Defendants. | |
| And Related Counterclaims, Cross-claims, and Third-Party Claims. | |

Pursuant to Civil Local Rule 72-1, KFD Enterprises, Inc.'s Motion to Strike the City of Eureka's Rule 26 Disclosure, filed March 8, 2013, is hereby REFERRED to Magistrate Judge Jacqueline Scott Corley, to whom all discovery matters previously were referred.

**IT IS SO ORDERED.**

Dated: March 12, 2013

MAXINE M. CHESNEY
United States District Judge