IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC.,<br><br>Plaintiff - Counter-Defendant - Cross-Defendant,<br><br>v.<br><br>CITY OF EUREKA,<br><br>Defendant - Counter-Claimant - Cross-Claimant. | Case No.: 08-4571 MMC (JSC)<br><br>**ORDER RE: BRIEFING ON MOTION TO CONTINUE TRIAL DATE** |

The parties appeared before the Court for a telephonic discovery hearing on May 13, 2013. As discussed at the hearing, the parties are meeting and conferring to attempt to resolve an outstanding dispute regarding expert discovery. If the parties are unable to reach an agreement regarding this matter, they are to file a joint statement on May 24, 2013. The parties also discussed the possibility of the City of Eureka filing a motion to continue the trial date. Upon consultation with the District Court, the parties are advised that any such motion shall be heard by the undersigned judge.

Accordingly, if the parties are unable to resolve the dispute themselves, they shall file a joint statement regarding the expert discovery dispute and a joint statement regarding the request to continue the trial date by noon, May 24, 2013.  Both matters shall be heard on May 30, 2013 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

**IT IS SO ORDERED.**

Dated:  May 14, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE