MORIS DAVIDOVITZ, ESQ. (State Bar #70581)
CHARLES BOLCOM, ESQ. (State Bar #193762)
COREAL RIDAY-WHITE, ESQ. (State Bar #267732)
DAVIDOVITZ & BENNETT LLP
One Embarcadero Center, Suite 750
San Francisco, California 94111
Telephone: (415) 956-4800
Facsimile:  (415) 788-5948

Attorneys for Defendant, Counter-Claimant and Cross-Claimant
CITY OF EUREKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California Corporation dba Norman's Dry Cleaner, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>CITY OF EUREKA, <br><br>　　　　Defendant. <br>_____ <br><br>CITY OF EUREKA, <br><br>　Counter-Claimant and Third-Party Plaintiff <br><br>　　vs. <br><br>KFD ENTERPRISES, INC., a California Corporation dba Normans Dry Cleaner, Unocal Corporation et al., <br><br>　　Cross-Defendants and Third Party Defendants <br>_____ | CASE NO. CV-08-4571 MMC <br><br>[~~PROPOSED~~] ORDER AND STIP-ULATION FOR EXTENDING THE DEADLINE TO COMPEL FURTHER EXPERT DEPOSITION TIME OF PLAINTIFF'S EXPERT PETER KRASNOFF <br><br>[Fed. R. Civ. Proc. 37(b), 26(b)(4)], <br>[CIVIL L.R. 6-2(a)(b), 7-12, 37-3] |

　　　　Pursuant to Civil Local Rules 6-2(a), 6-2(b), 7-12, and 37-3, and Federal Rules of Civil Procedure 37(b), and 26(b)(4), Plaintiff KFD Enterprises, Inc. ("KFD"), and Defendant, Cross-Claimant, Counter-Claimant and Cross-Defendant City of Eureka ("City"), hereby stipulate as



_____
1

follows:

1. Pursuant to L.R. 6-2(a)(2), there have been thirteen time modifications in the case; two of which have changed the expert discovery deadline; there has been no previous modification to the deadline to file a motion to compel expert discovery specific to Peter Krasnoff alone.

2. The expert deposition of Peter Krasnoff started on April 3, 2013. KFD and the defendants have been negotiating additional time to depose Mr. Krasnoff since December 2012. Recently, the parties scheduled a second day of testimony, to take place on June 5, 2013. Rather than bring a motion for additional time in excess of one additional day before the fact, the City seeks the right to ask for additional time past the second day if, upon its competition, the City believes further additional time is needed to fairly examine Mr. Krasnoff.

3. The Court's Order pursuant to stipulation adopted on January 4, 2013 (Doc. No. 578) set a deadline of May 24, 2013 to file motions regarding expert discovery. Accordingly, the current deadline for the City to file a motion to compel expert discovery is almost two weeks before Mr. Krasnoff's deposition.

4. The City has sought a continuation of the trial date and all pre-trial dates, including the deadline to bring a motion regarding expert discovery. However, pursuant to Court Order Re: Briefing On Motion to Continue Trial Date, dated May 14, 2013 (Doc. No. 594), the Court will not hear argument on the City's request to extend pre-trial deadlines and the trial date until May 30, 2013, almost a week after the current deadline to file a motion regarding expert discovery.

5. In the event that the Court declines to grant the City's request to extend the pre-trial dates, including the deadline to bring a motion regarding expert discovery, the City hereby reserves its right to bring a motion regarding additional time to depose expert Peter Krasnoff by this stipulation.

6. This proposed, limited extension of the expert discovery deadline regarding the deposition testimony of expert Peter Krasnoff will not alter any other deadlines in the case. Moreover, any order changing the pre-trial dates granted by the Court will take precedence over this stipulation.

THEREFORE, the parties hereby agree, subject to the Court's approval, to the following

1  stipulated order;

2      1.    The deadline to file a motion regarding further deposition testimony of expert
3  Peter Krasnoff will be extended from May 24, 2013 to June 14, 2013.

4  DATED: May 22, 2013                                  DAVIDOVITZ & BENNETT LLP

By: /s/
MORIS DAVIDOVITZ
CHARLES BOLCOM
COREAL RIDAY-WHITE
Attorneys for Defendant, Counter-Claimant and Cross-Claimant CITY OF EUREKA

(The filer hereby attests that concurrence in the filing of this document has been obtained from the signatories below.)

DATED: May 22, 2013                                  GREBEN & ASSOCIATES

By /s/
JAN GREBEN
BRETT BOON
Attorneys for Plaintiff KFD ENTERPRISES, INC. and Cross-Defendant KENNETH DAER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 23, 2013                                  _Maxine M. Chesney_
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE