**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE. 203
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Brett A. Boon, State Bar No. 283225
brett@grebenlaw.com

Attorneys for Plaintiff, Cross Defendant, Third Party Defendant,
Counter Defendant and Counter Claimant KFD Enterprises, Inc.,
a California corporation dba Norman's Dry Cleaner, and
Third Party Defendant Kenneth Daer

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF EUREKA, et al.<br><br>        Defendants.<br>_____<br>AND RELATED COUNTER AND CROSS CLAIMS | Case No.: 3:08-CV-04571 SC<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE AS TO MULTIMATIC LLC AND THE KIRRBERG CORPORATION ONLY; [~~PROPOSED~~] ORDER** |

///
///
///
///
///
///
///
///
///

- 1 -

Pursuant to the terms of the settlement agreement between KFD Enterprises, Inc. and defendants Multimatic LLC and The Kirrberg Corporation, and consistent with the Court's Order of November 6, 2013, Document No. 641, KFD Enterprises, Inc. hereby requests for the dismissal **WITH PREJUDICE** as to the claims in the above captioned case against Multimatic LLC and The Kirrberg Corporation only.

Dated: December 3, 2013          GREBEN & ASSOCIATES

/s/ Jan A. Greben
Jan A. Greben
Brett A. Boon
Plaintiff, Cross Defendant, Third Party Defendant, Counter Claimant KFD ENTERPRISES INC., a California corporation dba Norman's Dry Cleaner; and Third Party Defendant KENNETH DAER

**IT IS SO ORDRED.**

DATED:   12/04/2013

Judge Samuel Conti