1  GLYNN & FINLEY, LLP
   ANDREW T. MORTL, Bar No. 177876
2  MORGAN K. LOPEZ, Bar No. 215513
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  Emails:  amortl@glynnfinley.com
            mlopez@glynnfinley.com
6
   Defendants, Cross-Defendants and Cross-Claimants
7  Chevron Corporation, Unocal Corporation and
   Union Oil Company of California
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 KFD ENTERPRISES, INC., a California          ) Case No. CV-08-04571-SC
   Corporation dba Norman's Dry Cleaner,        )
13                                              ) **[PROPOSED] ORDER GRANTING**
                Plaintiff,                       ) **DEFENDANTS UNION OIL OF**
14                                              ) **CALIFORNIA, UNOCAL**
          v.                                    ) **CORPORATION AND CHEVRON**
15                                              ) **CORPORATION'S MOTION FOR**
   CITY OF EUREKA, et al.                       ) **ORDER APPROVING SETTLEMENT**
16                                              ) **AND BARRING CONTRIBUTION**
                Defendants.                      ) **CLAIMS**
17 _____          )
                                                ) **[UCFA, § 6; CAL. CODE CIV. PRO.**
18 AND RELATED CROSS-ACTIONS                    ) **§ 877.6]**
19 _____          )
                                                  **Date:     April 4, 2014, 2014**
20                                                **Time:     10:00 a.m.**
                                                  **Crtrm:    1**
21                                                **Before:   Hon. Samuel Conti**

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1     The Court, having considered the Motion of Defendants Union Oil of California,

2  Unocal Corporation and Chevron Corporation (collectively "Union Oil/Unocal/Chevron") for an

3  Order:

4     1.    Confirming and approving the settlement agreement between Plaintiff KFD

5          Enterprises, Inc. ("KFD") and Defendant Union Oil Company of California (on

6          behalf of itself and Defendants Unocal Corporation and Chevron Corporation)

7          under the Comprehensive Environmental Response, Compensation and Liability

8          Act, as amended (42 U.S.C. § 9601 et seq. "CERCLA"), and the Carpenter-

9          Presley-Tanner Hazardous Substance Account Act (Cal. Health & Safety Code

10         § 25301 et seq. "HSAA") and other applicable federal and state laws;

11    2.    Holding that the provisions of the Uniform Comparative Fault Act ("UCFA")

12         apply with respect to the effect of the settlement as to both the federal and state

13         law claims, and holding that the settlement is in good faith under California Code

14         of Civil Procedure § 877.6;

15    3.    Dismissing, with prejudice, all pending claims asserted by KFD against Union

16         Oil/Unocal/Chevron;

17    4.    Barring all claims against Union Oil/Unocal/Chevron that relate to or arise from

18         the matters addressed in the instant action or relate to the contamination on, under

19         or emanating from 2907 E Street, Eureka, California ("the Property"), including,

20         but not limited to, contribution and indemnity claims that have been, or could

21         have been, asserted by any person or entity, in this action or otherwise, whether

22         such claims are or could be brought pursuant to federal or state law;

23    5.    Dismissing, with prejudice, all pending cross-claims against Union

24         Oil/Unocal/Chevron in this action.

25     And having read and considered the motion and its supporting documents, having read

26  and considered any opposition to the motion, if any, and any reply memorandum in support of

27  the motion, and good cause appearing therefore:

28  ///

1    IT IS HEREBY ORDERED, as follows:

2    1.    That the motion of Defendants Union Oil Company of California, Unocal

3          Corporation and Chevron Corporation is hereby GRANTED;

4    2.    That the settlement agreement between KFD and Union Oil Company of

5          California (on behalf of itself and Unocal Corporation and Chevron Corporation)

6          is approved under CERCLA and the HSAA and other applicable federal and state

7          laws;

8    3.    That the provisions of the UCFA apply with respect to the effect of the settlement

9          as to both the federal and state law claims;

10   4.    ~~That the settlement is in good faith under California Code of Civil Procedure~~

11         ~~§ 877.6;~~

12   5.    That all claims asserted in the above-titled action by KFD against Union

13         Oil/Unocal/Chevron  are hereby DISMISSED with prejudice;

14   6.    That all claims against Union Oil/Unocal/Chevron that relate to or arise from the

15         matters addressed in the instant action or relate to the contamination on, under or

16         emanating from the Property, including, but not limited to, contribution and

17         indemnity claims that have been, or could have been, asserted by any person or

18         entity, in this action or otherwise, whether such claims are or could be brought

19         pursuant to federal or state law, are hereby BARRED; and

20   7.    That all pending cross-claims against Union Oil/Unocal/Chevron in this action are

21         hereby DISMISSED with prejudice.

22   IT IS SO ORDERED.

23   Dated: April 11, 2014          By: _____

24                                      Hon. Samuel Conti
                                        United States District Judge

25

26

27

28

- 2 -