**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   KFD ENTERPRISES, INC.,              )  Case No. 08-04571-SC
                                         )
11            Plaintiff,                 )  ORDER GRANTING IN PART AND
                                         )  DENYING IN PART REQUESTS
12       v.                              )  FOR DISMISSAL WITH
                                         )  PREJUDICE AS TO WINZLER &
13   CITY OF EUREKA, et al.              )  KELLY CONSULTING ENGINEERS,
                                         )  ENVIRONMENTAL RESOLUTIONS,
14            Defendants.                )  INC., AND CADNO USA INC.
                                         )
15                                       )
     AND RELATED COUNTER- AND CROSS-     )
16   CLAIMS                              )
                                         )
17   _____    )

18

19

20       The Court previously granted a motion for approval of a

21   settlement between KFD Enterprises, Inc. ("KFD") and Winzler &

22   Kelly Consulting Engineers ("WKCE"), as well as another motion for

23   approval of a settlement between KFD and Environmental Resolutions,

24   Inc. and Cardno USA, Inc. (collectively, "ERI").  ECF Nos. 658,

25   662.  KFD now requests dismissal with prejudice as to WKCE and ERI

26   pursuant to the Court's prior orders.  ECF Nos. 663, 664.  The

27   requests are unopposed but could be more clearly worded.  The

28   requests are GRANTED to the extent that KFD seeks dismissal with

1   prejudice as to the pending claims in this action against WKCE and

2   ERI.  The requests are also GRANTED to the extent KFD seeks

3   dismissal with prejudice of WKCE and ERI's claims against KFD.  The

4   requests are DENIED to the extent that they seek dismissal of all

5   claims against KFD, including those of the City of Eureka.

6

7       IT IS SO ORDERED.

8

9       April 11, 2014                    

10                                  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California