**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Brett A. Boon, SBN 283228
brett@grebenlaw.com

Attorneys for Plaintiff, Cross-Defendant, Third Party Defendant, Counter Defendant and Counter Claimant KFD Enterprises, Inc., a California corporation dba Norman's Dry Cleaner, and Third-Party Defendant Kenneth Daer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFD ENTERPRISES, INC., a California corporation dba Norman's Dry Cleaner;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EUREKA,<br><br>Defendants.<br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: CV-08-4571 MMC<br><br>**KFD ENTERPRISE, INC. AND CITY OF EUREKA'S STIPULATED, MUTUAL DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(A) AND (C)** |

Plaintiff KFD Enterprise, Inc. and Defendant Kenneth Daer (collectively herein as "KFD"), and the City of Eureka (the "City") hereby file this stipulated dismissal, mutual dismissal of claims without prejudice in the above-referenced matter pursuant to Federal Rules of Civil Procedure, Rule 41(a) and (c), Northern District of California Local Rules, Rule 7.12, and the terms set forth herein.

- 2 –

1  **IT IS HEREBY STIPULATED** by and between KFD and the City (collectively herein as
2  the "Parties"), by and through their respective counsel, having entered into settlement agreements
3  that resolve all causes of action asserted by the Parties against each other in this action:

4  WHEREAS, KFD filed its currently operative Fourth Amended Complaint in this matter on
5  January 21, 2011;

6  WHEREAS, the City filed its currently operative Fourth Amended Counter-Claim and
7  Cross-Claim on December 10, 2010;

8  WHEREAS, each party to this action aside from KFD and the City have previously been
9  dismissed by way of the Court's finding of good faith settlement or dispositive motion;

10  WHEREAS, pursuant to the terms set forth in the settlement agreement among the Parties
11  and contingent upon the City's mutual dismissal, KFD hereby dismisses WITHOUT PREJUDICE
12  its entire action, and all claims encompassed therein, against the City, pursuant to Federal Rules of
13  Civil Procedure, Rule 41(a);

14  WHEREAS, pursuant to the terms set forth in the settlement among the Parties and
15  contingent upon KFD's mutual dismissal, the City hereby dismisses WITHOUT PREJUDICE its
16  entire action, and all claims encompassed therein, against KFD, pursuant to Federal Rules of Civil
17  Procedure, Rule 41(a) and (c);

18  WHEREAS, the foregoing dismissals are voluntary and shall not operate as an adjudication
19  on the merits under Federal Rules of Civil Procedure, Rule 41;

20  WHEREAS, each party is to bear its own costs and attorneys' fees; and,

21  WHEREAS, this Court shall retain jurisdiction over the Parties for purposes of enforcing the
22  settlement agreement reached by and between the Parties;

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

THEREFORE, the Parties hereby stipulate and respectfully request this Court enter an Order dismissing WITHOUT PREJUDICE KFD's entire action, and all claims encompassed therein against the City, as well as all of the City's entire action, and all counter-claims encompassed therein against KFD.

Dated: October 17, 2014    GREBEN & ASSOCIATES

/s/ Jan Greben
JAN A. GREBEN
BRETT A. BOON
Attorneys for Plaintiff, Cross-Defendant, Third Party Defendant, Counter Defendant and Counter Claimant KFD Enterprises, Inc., a California corporation dba Norman's Dry Cleaner, and Third-Party Defendant Kenneth Daer

Dated: October 17, 2014    DAVIDOVITZ & BENNETT LLP

/s/ Charles Bolcom
CHARLES BOLCOM
Defendant, Third Party Plaintiff, Counterclaimant CITY OF EUREKA

**[~~PROPOSED~~] ORDER**

The Parties having stipulated and agreed, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. KFD and the City hereby mutually dismiss all respective claims pled in the above captioned case against each other WITHOUT PREJUDICE;
2. The foregoing dismissals are voluntary and shall not operate as an adjudication on the merits under Federal Rules of Civil Procedure, Rule 41; and,
3. Each party shall bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over the Parties for purposes of enforcing the settlement agreement reached by and between the Parties in the above captioned case.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____10/20_____, 2014      _____
                                            HONORABLE SAMUEL CONTI
                                            United States District Court Judge
                                            Northern District of California